United States District Court
Eastern District of Pennsylvania (Philadelphia)
**CIVIL DOCKET FOR CASE #: 2:05-cv-04099-NS**

GIELATA v. LUGG et al
Assigned to: HONORABLE NORMA L. SHAPIRO
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 08/02/2005
Jury Demand: None
Nature of Suit: 950 Constitutional - State Statute
Jurisdiction: Federal Question

**Plaintiff**

JOSEPH N. GIELATA    represented by    JOSEPH N. GIELATA
501 SILVERSIDE ROAD
SUITE 90
WILMINGTON, DE 19809
PRO SE

V.

**Defendant**

SEAN P LUGG
*INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DEPUTY ATTORNEY GENERAL FOR THE STATE OF DELAWARE*
*TERMINATED: 08/02/2005*

**Defendant**

THE STATE OF DELAWARE
*TERMINATED: 08/02/2005*

**Defendant**

ANDREA L. ROCANELLI
*INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS CHIEF COUNSEL OF THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE*

**Defendant**

THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/02/2005 | 1 | COMPLAINT against SEAN P LUGG, THE STATE OF DELAWARE, |

|  |  |  |
|---|---|---|
|  |  | ANDREA L. ROCANELLI, THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE ( Filing fee $ 250 receipt number 919633.), filed by JOSEPH N. GIELATA. (Attachments: # 1 EX 1-3# 2 COVER SHEET)(afm, ) (Entered: 08/02/2005) |
| 08/02/2005 | 2 | EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FILED BY JOSEPH N. GIELATA.. (Attachments: # 1 EX A-C)(afm, ) (Entered: 08/02/2005) |
| 08/02/2005 |  | 4 Summons Issued as to SEAN P LUGG, THE STATE OF DELAWARE, ANDREA L. ROCANELLI, THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE. Forwarded To: handed to counsel on 8/2/05 (afm, ) (Entered: 08/02/2005) |
| 08/02/2005 | 3 | ORDER THAT DEFENDANTS SEAN LIGG AND THE STATE OF DELAWARE ARE DISMISSED FOR LACK OF JURISDICTION; THIS ACTION SHALL BE TRANSFERRED FORTHWITH TO THE U.S.D.C. FOR THE DISTRICT OF DELAWARE.. SIGNED BY JUDGE NORMA L. SHAPIRO ON 8/2/05. 8/3/05 ENTERED. COPIES FAXED BY CHAMBERS 8/2/05.(afm, ) (Entered: 08/03/2005) |
| 08/02/2005 | 4 | Minute Entry for proceedings held before Judge NORMA L. SHAPIRO : Motion Hearing held on 8/2/05 re 2 MOTION for Order to Show Cause MOTION for Temporary Restraining Order filed by JOSEPH N. GIELATA, (afm, ) (Entered: 08/03/2005) |
| 08/02/2005 | 5 | Minute Entry for proceedings held before Judge NORMA L. SHAPIRO : Telephone Conference held on 8/2/05 (afm, ) (Entered: 08/03/2005) |
| 08/03/2005 |  | Original record together with certified copy of docket entries forwarded to District of DELAWARE. (afm, ) (Entered: 08/03/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/04/2005 15:00:53 | | | |
| PACER Login: | ud0037 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:05-cv-04099-NS |
| Billable Pages: | 1 | Cost: | 0.08 |