UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH N. GIELATA,<br><br>            Plaintiff,<br><br>            v.<br><br>SEAN P. LUGG, individually and in his official capacity as Deputy Attorney General for the State of Delaware, THE STATE OF DELAWARE, ANDREA L. ROCANELLI, individually and in her official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE,<br><br>            Defendants. | Civil Action No. _____<br><br>**TEMPORARY RESTRAINING ORDER and ORDER TO SHOW CAUSE**<br><br>**HEARING DATE:** _____<br><br>**HEARING TIME:** _____<br><br>**TRIAL DATE:** _____ |

After considering the moving papers filed in this action, the Court finds (1) that this is a proper case for issuance of an order to show cause, and (2) that, unless the Court issues a temporary restraining order, plaintiff, Joseph N. Gielata ("Plaintiff"), will suffer irreparable injury before the matter can be heard on formal notice, as the suspension of Plaintiff's license to practice law, expected to take place on August 11, 2005, will effectively shut down his practice of law and terminate his ongoing suits, all of which have been assumed on a contingency basis.  Such harm is not only irreparable as to Plaintiff but will also cause harm to Plaintiff's clients and those whose interests are advanced in his representative actions.

       IT IS ORDERED that:

TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

- 1 -

1. Defendant, Sean P. Lugg, appear before this Court at the above date and time to show cause why a preliminary injunction should not be issued enjoining him from commencing any further legal action in connection with the indictment against Plaintiff executed by Lugg.

2. Defendant, Andrea L. Rocanelli, appear before this Court at the above date and time to show cause why a preliminary injunction should not be issued enjoining her from commencing or prosecuting any further disciplinary action against Plaintiff or advancing in any way the Rule 16 petition for interim suspension against Plaintiff.

3. Defendant, the Office of Disciplinary Counsel for the Supreme Court of Delaware, appear before this Court at the above date and time to show cause why a preliminary injunction should not be issued enjoining it from commencing or prosecuting any further disciplinary action against Plaintiff or advancing in any way the Rule 16 petition for interim suspension against Plaintiff.

4. Defendant, the State of Delaware, appear before this Court at the above date and time to show cause why a preliminary injunction should not be issued enjoining it from commencing any further legal action, whether criminal, disciplinary or otherwise, against Plaintiff or advancing in any way the indictment against Plaintiff or the Rule 16 petition for interim suspension against Plaintiff.

5. Pending the hearing on the order to show cause, defendant the State of Delaware, its agents, officers, employees, and representatives, and all persons acting in concert or participating with them, be enjoined from engaging in or performing the following: (a) suspending or otherwise restricting Plaintiff's right to practice law, and (b)

arresting or otherwise detaining Plaintiff in connection with the indictment executed by defendant Lugg.

      6.    A copy of the complaint, verification, and memorandum of points and authorities, together with a copy of this order to show cause and temporary restraining order, be served on defendants no later than _____.

      7.    Bond on this temporary restraining order be fixed at _____.

Date: _____                         _____

Hour: _____                         United States District Judge