

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ann Fuhrman | | Madeline Ward |
| Court Reporter | | Deputy Clerk |
| JOSEPH N. GIELATA | : | Pro se |
| v. | : | CA 05-4099 |
| SEAN P. LUGG | : | Patti Schwartz, Esq. |

05 - 567

**MINUTES**

BEFORE JUDGE NORMA L. SHAPIRO                    DATE: 8/2/05  TIME: 2:30 p.m.

**PROCEEDING - HEARING ON MOTION FOR TRO**

Attorney Schwartz participated via telephone
Statement by the court re purpose of proceeding
Statement by plaintiff
Statement by counsel for defendant
Court rules: defendants Lugg and The State of Delaware are dismissed; case will be transferred to the District of Delaware forthwith.



FILED
AUG 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Court adjourned at 3:00 p.m.        To reconvene

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.

SPEEDY TRIAL ACT DELAY CODE ( )    [ ] The court deems this case "UNTRIABLE."

**TOTAL TIME IN COURT**: 30 minutes