

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH N. GIAELATA | : CIVIL ACTION |
| v. | : |
| SEAN P. LUGG, et al. | : NO. 05-4099 |



**MINUTE ENTRY/REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On the 2nd day of August, 2005, a [] Fed.R.Civ.P. 16 Conference; [] Status Conference; [x] Telephone Conference; [] Final Pretrial Conference; [] Final Pretrial/Settlement Conference was held via telephone before The Honorable Norma L. Shapiro.

REMARKS: conference call with Attorney Richard Hubbard re plaintiff's motion for TRO.



**TOTAL TIME IN CONFERENCE**: 30 Minutes

_Madeline F. Ward_
Madeline F. Ward, Deputy Clerk to Judge Shapiro