UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATA,<br><br>                Plaintiff,<br><br>      v.<br><br>ANDREA L. ROCANELLI, individually and in her official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware, THE STATE OF DELAWARE, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE,<br><br>                Defendants. | Civil Action No. 05-567-GMS |

## **[PROPOSED] ORDER**

IT IS HEREBY ORDERED AND DECREED, this _____ day of _____, 2005, that Plaintiff's Motion for Reconsideration of the August 2, 2005 Order Dismissing Claims against the State of Delaware (the "Motion") is hereby GRANTED as follows:

That part of the August 2, 2005 order in this action dismissing claims against the State of Delaware, is hereby vacated.

 

_____
The Honorable Gregory M. Sleet
United States District Judge