IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATTA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-567-GMS |
| | ) |
| ANDREA L. ROCANELLI, individually and in her Official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware; THE STATE OF DELAWARE, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE, | ) ) ) ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Richard W. Hubbard on behalf of the Defendants. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon any Defendant. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/ Richard W. Hubbard
                                        Richard W. Hubbard (I.D. #2442)
                                        Deputy Attorney General
                                        Carvel State Office Building
                                        820 N. French Street, 6th floor
                                        Wilmington, DE 19801
                                        (302) 577-8308
                                        richard.hubbard@state.de.us
Dated: August 24, 2005                Attorney for the Defendants

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on August 24, 2005, he caused the foregoing document to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Joseph N. Gielata, Esquire
501 Silverside Road, Ste. 90
Wilmington, DE  19809

**MANNER OF DELIVERY:**

x   One true copy by electronic delivery.

___One true copy by facsimile transmission to each recipient

 x _Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

/s/  Richard W. Hubbard
_____
Richard W. Hubbard, I.D. # 2442
Deputy Attorney General
Carvel State Office Building
820 N.  French Street, 6th floor
Wilmington, DE 19801
(302) 577-8308
richard.hubbard@state.de.us