UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH N. GIELATA, :
:
      Plaintiff, :
:
vs. :C.A.No. 05-567-GMS
:
ANDREA L. ROCANELLI, individually and in :
Her official capacity as Chief Counsel :
Of the Office of Disciplinary Counsel :
for the Supreme Court of Delaware, :
THE STATE OF DELAWARE, and THE OFFICE :
OF DISCIPLINARY COUNSEL FOR THE SUPREME :
COURT OF DELAWARE, :
:
      Defendants, :
:

## AFFIDAVIT OF DEBRA LAWHEAD

Debra Lawhead, being first duly sworn according to law, deposes and says:

1. I am the Insurance Coverage Administrator of the State of Delaware.

2. My duties include administration of insurance coverage in all instances in which the State has waived sovereign immunity by establishing a State Insurance Coverage Program pursuant to 18 Del. C. Chapter 6501.

3. As the Insurance Coverage Administrator, I am responsible for administering the policies of the Insurance Determination Committee and therefore, I have personal knowledge of the policies established by that Committee.

AFFIDAVIT OF DEBRA A. LAWHEAD
PAGE 2

4. I have reviewed the Complaint in the above-captioned case.

5. The State of Delaware and its agency (Office of Disciplinary Counsel for the Supreme Court of Delaware) thereof, has not purchased any insurance that I am aware of that would be applicable to the circumstances and events alleged in the Complaint against the State of Delaware and its agency (Office of Disciplinary Counsel for the Supreme Court of Delaware) in the above captioned matter.

6. The General Assembly of the State has not appropriated any money for obtaining said insurance, nor has the General Assembly enacted any legislation pertaining to or allowing any possible liability of the State resulting from the facts as alleged in said Complaint.

7. None of the commercial insurance secured for the State during any fiscal year provided for coverage for the type of injury asserted in the complaint in the above captioned matter.

8. The facts and circumstances stated in this Affidavit are true and correct to the best of my knowledge.

*Debra Lawhead*
DEBRA LAWHEAD
Insurance Coverage Administrator
State of Delaware

SWORN TO AND SUBSCRIBED before me this 23rd day of August 2005

*Linda G White*
NOTARY PUBLIC

LINDA G. WHITE
Notary Public
County of Kent, State of Delaware
My Commission Expires December 30, 2005