UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATA,<br><br>              Plaintiff,<br><br>     v.<br><br>ANDREA L. ROCANELLI, individually and in her official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware, THE STATE OF DELAWARE, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE,<br><br>              Defendants. | Civil Action No. 05-567-GMS |

## **ORDER**

IT IS HEREBY ORDERED AND DECREED, this _____ day of _____, 2005, that Plaintiff's Motion To Strike The Affidavit Of Debra Lawhead From Defendant State Of Delaware's Opposition To Plaintiff's Motion For Reconsideration Of August 2, 2005 Order Dismissing Claims Against The State Of Delaware is hereby:

_____ GRANTED

_____ DENIED

 

The Honorable Gregory M. Sleet
United States District Judge