IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATTA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No. 05-567-GMS |
| | ) |
| ANDREA L. ROCANELLI, individually and in her Official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware; THE STATE OF DELAWARE, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE, | ) ) ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT STATE OF DELAWARE'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE THE AFFIDAVIT OF DEBRA LAWHEAD**

COMES NOW the defendant State of Delaware, through undersigned counsel, without waiving any defenses as to lack of service, and hereby opposes plaintiff's Motion to Strike the Affidavit of Debra Lawhead, on the following grounds:

1. Plaintiff argues that the affidavit of Debra Lawhead must be disregarded upon consideration of Plaintiff's Motion for Reconsideration of the August 2, 2005 Order. Plaintiff's argument ignores the Delaware case law cited in the Opposition to the Motion, and therefore lacks merit.

2. More importantly, Plaintiff's Motion for Reconsideration itself fails to identify any waiver by the State of Delaware of Eleventh Amendment immunity. Plaintiff assumes that if Delaware had waived sovereign immunity in its state courts, such a waiver would be tantamount to a waiver of Eleventh Amendment immunity. However, Plaintiff is wrong. It is well established that a waiver of sovereign immunity by a State in its state courts does not

constitute a waiver of Eleventh Amendment immunity. *Smith v. Town of Dewey Beach,* 659 F. Supp. 752, 756 (D.Del. 1987); *Kardon v. Hall*, 406 F.Supp. 4, 8 (D.Del. 1975).

FOR THE FOREGOING REASONS, the defendant State of Delaware respectfully requests that this Court deny plaintiff's motions to strike the affidavit of Debra Lawhead and for reconsideration of the August 2, 2005 Order of District Judge Shapiro.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/  Richard W. Hubbard
        _____
        Richard W. Hubbard, I.D. #2442
        Deputy Attorney General
        Carvel State Office Building
        820 N.  French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8308
        richard.hubbard@state.de.us

Dated:  September 2, 2005        Attorney for Defendants

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on September 2, 2005, he caused the foregoing document to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Joseph N. Gielata, Esquire
501 Silverside Road, Ste. 90
Wilmington, DE  19809

**MANNER OF DELIVERY:**

x   One true copy by electronic delivery.

__One true copy by facsimile transmission to each recipient

 x   Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

        /s/  Richard W. Hubbard
        _____
        Richard W. Hubbard, I.D. # 2442
        Deputy Attorney General
        Carvel State Office Building
        820 N.  French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8308
        richard.hubbard@state.de.us