IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATA,<br>      Plaintiff,<br>      v.<br>ANDREA L. ROCANELLI, et al.,<br>      Defendants. | Civil Action No. 05-567-GMS |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, plaintiff hereby requests oral argument on his Motion To Strike The Affidavit Of Debra Lawhead From Defendant State Of Delaware's Opposition To Plaintiff's Motion For Reconsideration Of August 2, 2005 Order Dismissing Claims Against The State Of Delaware (D.I. 11).

DATED:     September 13, 2005          Respectfully submitted,

/s/ Joseph N. Gielata
Joseph N. Gielata, *pro se* (DSB # 4338)
501 Silverside Road, Suite 90
Wilmington, DE 19809
(302) 798-1096

## CERTIFICATE OF SERVICE

I hereby certify that, on September 13, 2005, I electronically filed *PLAINTIFF'S REQUEST FOR ORAL ARGUMENT* with the Clerk of Court using CM/ECF which will send notification of such filing to Richard W. Hubbard, Esq.

/s/ Joseph N. Gielata
Joseph N. Gielata (DSB # 4338)
attorney@gielatalaw.com