IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-567-GMS |
| | ) |
| ANDREA L. ROCANELLI, individually and | ) |
| in her Official capacity as Chief Counsel of the | ) |
| Office of Disciplinary Counsel for the Supreme | ) |
| Court of Delaware; THE STATE OF | ) |
| DELAWARE, and THE OFFICE OF | ) |
| DISCIPLINARY COUNSEL FOR THE | ) |
| SUPREME COURT OF DELAWARE, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME IN WHICH TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW the defendants, through undersigned counsel, and hereby move for an enlargement of 35 days in which to file an answer or otherwise respond to plaintiff's complaint, on the following grounds:

1. The docket states that the defendant Office of Disciplinary Counsel was served with process on November 23, 2005, and that its responsive pleading is due on December 13, 2005. (D.I. 16). It states that a waiver of service for defendant Andrea Rocanelli was sent on October 21, 2005, and that her responsive pleading is due on December 20, 2005. (D.I. 15).

2. The defendants anticipate that they will file a motion to dismiss with supporting brief or memorandum of law instead of filing an answer to the complaint. However, a motion to dismiss with accompanying brief or memorandum will be substantially more labor intensive than filing an answer. As this is the holiday season and defense counsel will be taking leave during this period, counsel is moving for an enlargement

of 35 days, until January 17, 2006, in which to file responsive pleadings for the defendants. Counsel believes that the additional time will enable him to produce a superior work product, in terms of legal research and drafting, than would otherwise be the case.

3. Plaintiff opposes any enlargement beyond January 9, 2006.

FOR THE FOREGOING REASONS, the defendants respectfully request that their motion be granted.

                        STATE OF DELAWARE
                        DEPARTMENT OF JUSTICE

/s/ Richard W. Hubbard
_____
Richard W. Hubbard, I.D. #2442
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8308
richard.hubbard@state.de.us

Dated: December 8, 2005

Attorney for Defendants

## LOCAL RULE 7.1.1 CERTIFICATION

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that he communicated by telephone with plaintiff as to the subject of this motion, and that plaintiff agreed to an enlargement until January 9, 2006, but not beyond that date.

        /s/ Richard W. Hubbard
        Richard W. Hubbard (#2442)
        Deputy Attorney General
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8308
        richard.hubbard@state.de.us

Date: December 8, 2005

Attorney for the Defendants

## LOCAL RULE 16.5 CERTIFICATION OF COUNSEL

In compliance with Local Rule of Civil Procedure 16.5, the attorney for the defendant making the request for an enlargement of time in which to file a responsive pleading, hereby certifies:

I certify that I have caused a copy of the foregoing motion to be sent to the defendants.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Richard W. Hubbard
Richard W. Hubbard (ID# 2442)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8308
richard.hubbard@state.de.us

Date:   December 8, 2005

Attorney for the Defendants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-567-GMS |
| ) | |
| ANDREA L. ROCANELLI, individually and ) | |
| in her Official capacity as Chief Counsel of the ) | |
| Office of Disciplinary Counsel for the Supreme ) | |
| Court of Delaware;  THE STATE OF ) | |
| DELAWARE, and THE OFFICE OF ) | |
| DISCIPLINARY COUNSEL FOR THE ) | |
| SUPREME COURT OF DELAWARE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS, on December 8, 2005, counsel for the Defendants filed a motion requesting an enlargement until January 17, 2006, in which to file a responsive pleading to the complaint on behalf of the Defendants; and

WHEREAS, good cause for this enlargement appears to exist;

IT IS HEREBY ORDERED that:

The Defendants shall file an answer or other responsive pleading to the complaint on or before January 17, 2006.

Date: _____
United States District Judge

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on December 8, 2005, he caused the foregoing document to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Joseph N. Gielata, Esquire
501 Silverside Road, Ste. 90
Wilmington, DE  19809

**MANNER OF DELIVERY:**

x  One true copy by electronic delivery.

___One true copy by facsimile transmission to each recipient

___Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

/s/  Richard W. Hubbard
_____
Richard W. Hubbard, I.D. # 2442
Deputy Attorney General
Carvel State Office Building
820 N.  French Street, 6th floor
Wilmington, DE 19801
(302) 577-8308
richard.hubbard@state.de.us