# Joseph N. Gielata

### ATTORNEY AT LAW
501 Silverside Road, Suite 90
Wilmington, Delaware 19809
www.gielatalaw.com
tel (302) 798-1096
fax (302) 397-0730

December 9, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 N. King Street, Lockbox 19
Wilmington, DE  19801

      Re:    *Gielata v. Rocanelli, et al.*, **Case No. 1:05-cv-567**

Dear Judge Sleet:

      I am the plaintiff in the above-referenced matter.  At the request of the Clerk of the Court, I write to bring an unusual administrative issue to the Court's attention.

      This action was commenced on August 2, 2005 in the Eastern District of Pennsylvania, on which date there was a hearing on plaintiff's motion for a temporary restraining order.  Senior Judge Norma L. Shapiro (i) denied the motion, (ii) *sua sponte* dismissed the State of Delaware (the "State") as a defendant on Eleventh Amendment grounds, (iii) *sua sponte* dismissed another defendant pursuant to 10 *Del. C.* § 4001, (iv) upheld the Court's jurisdiction over claims against the remaining defendants and (v) transferred the action to this District pursuant to 28 U.S.C. § 1404(a).  (D.I. 5 # 7.)  Presently *sub judice* is a motion for reconsideration of the dismissal of the State.  (D.I. 8.)

      To obviate any objection by the State concerning service of process (D.I. 10 ¶ 7), I obtained summonses for the State from the Clerk of the Court and caused them to be served on the appropriate persons.[1]  Enclosed herewith please find copies of the summonses, executed by the process server.  Herein lies the problem.  In light of its dismissal, the State was not entered as a party into the CM/ECF system upon the transfer of the action to this District, and thus the Clerk of the Court is unsure of how to process filings relating to the State, such as the aforesaid summonses.  Accordingly, any guidance from the Court on this issue would be appreciated.

---

[1] Although Fed. R. Civ. P. 4(j)(2) only calls for service by delivery to the State's chief executive officer, in an abundance of caution, an additional summons and complaint was served upon the State's Attorney General to obviate any objection based upon 10 *Del. C.* § 3103(c).

The Honorable Gregory M. Sleet
December 9, 2005, page 2

If Your Honor has any questions or requires further elaboration regarding this matter, I am available at the Court's convenience.

Respectfully,

/s/ Joseph N. Gielata (#4338)


Enclosures

cc: Clerk of Court
Richard W. Hubbard, Esq.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of **Delaware**

JOSEPH N. GIELATA

V.

ANDREA L. ROCANELLI, individually and in her official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware, THE STATE OF DELAWARE, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-567-GMS**

TO: (Name and address of Defendant)

THE STATE OF DELAWARE c/o The Office of the Governor
Carvel State Office Building
820 North French Street, 12th Floor
Wilmington, Delaware 19801-3545

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph N. Gielata
501 Silverside Road, Suite 90
Wilmington, DE 19809

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

11-23-05

CLERK                                                   DATE

Beth [signature]

(By) DEPUTY CLERK

⸿AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[1] | DATE November 23, 2005 at 12:26 p.m. |
| NAME OF SERVER *(PRINT)* Daniel Newcomb | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 820 N. French St., 12th Floor, Wilmington, DE 19801 Accepted personally by Mary Shivick, Business Agent duly authorized to accept service.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $20.00 | TOTAL $20.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/28/05
            *Date*                           *Signature of Server*

2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

※AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Delaware**

JOSEPH N. GIELATA

V.

ANDREA L. ROCANELLI, individually and in her official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware, THE STATE OF DELAWARE, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    **05-567-GMS**

TO: (Name and address of Defendant)

THE STATE OF DELAWARE c/o Attorney General M. Jane Brady
OR Chief Deputy Attorney General Carl Danberg
Carvel State Office Building
820 North French Street, ~~12th~~ 6th Floor
Wilmington, Delaware 19801-3545

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph N. Gielata
501 Silverside Road, Suite 90
Wilmington, DE 19809

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                              11-23-05

CLERK                                                              DATE

(By) DEPUTY CLERK

⊕AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>November 23, 2005 at 1:33 PM |
| NAME OF SERVER (PRINT)<br>Daniel Newcomb | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 820 N. French St., 6th Floor, Wilmington, DE 19801. Accepted personally by Kristin Crump, Business Agent authorized to accept service.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES<br>$20.00 | TOTAL<br>$ 20.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/28/05
Date

*Signature of Server*

2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.