IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-567-GMS |
| | ) |
| ANDREA L. ROCANELLI, individually and | ) |
| in her Official capacity as Chief Counsel of the | ) |
| Office of Disciplinary Counsel for the Supreme | ) |
| Court of Delaware; THE STATE OF | ) |
| DELAWARE, and THE OFFICE OF | ) |
| DISCIPLINARY COUNSEL FOR THE | ) |
| SUPREME COURT OF DELAWARE, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

COME NOW the individual defendants and hereby move this Honorable Court to dismiss the Complaint against them pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and pursuant to principles of federalism and comity.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Richard W. Hubbard
        _____
        Richard W. Hubbard, I.D. #2442
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8308
        richard.hubbard@state.de.us

Dated: January 13, 2006

        Attorney for Defendants

## **CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on January 13, 2006, he caused the foregoing document to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Joseph N. Gielata, Esquire
501 Silverside Road, Ste. 90
Wilmington, DE  19809

**MANNER OF DELIVERY:**

x   One true copy by electronic delivery.

__One true copy by facsimile transmission to each recipient

__Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

/s/  Richard W. Hubbard
_____
Richard W. Hubbard, I.D. # 2442
Deputy Attorney General
Carvel State Office Building
820 N.  French Street, 6th floor
Wilmington, DE 19801
(302) 577-8308
richard.hubbard@state.de.us