IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATA,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREA L. ROCANELLI, individually and in her official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware, THE STATE OF DELAWARE, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE,<br><br>        Defendants. | Civil Action No. 05-567-GMS |

## STIPULATED MOTION OF THE PARTIES TO PLACE EXHIBIT C TO DEFENDANTS' APPENDIX TO THEIR OPENING BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS UNDER SEAL

1. By this stipulated Motion, plaintiff and defendants move this Court pursuant to Fed. R. Civ. P. 26(c) for an Order directing the Clerk of Court to place under seal Exhibit C to the defendants' Appendix to their opening brief in support of their motion to dismiss (D.I. 21).

2. Exhibit C is the transcript of a pre-hearing conference held on August 9, 2005 before the Delaware Supreme Court concerning a confidential proceeding concerning the plaintiff.

3. Rule 13(a) of the Delaware Lawyers' Rules of Disciplinary Procedure provides that "disciplinary and disability proceedings and the official record in such matters are confidential."

- 2 -

4. Defendants believe that plaintiff has, by bringing this action and making the allegations in the complaint, waived the confidentiality of the disciplinary proceedings in the Delaware Supreme Court. Plaintiff disagrees.

5. Defendants have agreed, as a courtesy to plaintiff, to join this motion to have Exhibit C placed under seal.

6. Plaintiff has agreed that the defendants' opening brief itself will not be placed under seal, nor will he attempt to do so, or otherwise restrict defendants from referencing Exhibit C in their reply brief or other subsequent brief. Plaintiff also agrees not to make any further motions with respect to this matter.

THEREFORE, the parties move for an Order in the form attached hereto directing the Clerk of Court to place Exhibit C under seal.

Dated: January 17, 2006

Respectfully submitted by:

| | |
|---|---|
| /s/ Joseph Gielata | /s/ Richard Hubbard /JNG |
| Joseph N. Gielata (DSB # 4338) | Richard Hubbard, Esq. (DSB # 2442) |
| Attorney at Law | Delaware Dept. of Justice |
| 501 Silverside Road, Suite 90 | 820 N. French St., 6th Floor |
| Wilmington, DE 19809 | Carvel State Building |
| (302) 798-1096 | Wilmington, DE 19801 |
| *Pro Se* | *Attorney for Defendants* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I hereby certify that, on January 17, 2006, I electronically filed the STIPULATED MOTION OF THE PARTIES TO PLACE EXHIBIT C TO DEFENDANTS' APPENDIX TO THEIR OPENING BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS UNDER SEAL with the Clerk of Court using CM/ECF which will send notification of such filing to:

  Richard Hubbard, Esq.
  Delaware Dept. of Justice
  820 N. French St., 6th Floor
  Carvel State Building
  Wilmington, DE 19801

  *Attorney for Defendants*

         /s/ Joseph N. Gielata
         Joseph N. Gielata (DSB # 4338)
         Attorney at Law
         501 Silverside Road, Suite 90
         Wilmington, Delaware 19809
         (302) 798-1096
         attorney@gielatalaw.com