UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATA,<br><br>               Plaintiff,<br><br>    v.<br><br>ANDREA L. ROCANELLI, individually and in her official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware, THE STATE OF DELAWARE, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE,<br><br>               Defendants. | Civil Action No. 05-567-GMS |

**[PROPOSED] ORDER PLACING
EXHIBIT C TO DEFENDANTS' APPENDIX TO THEIR OPENING
BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS UNDER SEAL**

Good cause having been shown and pursuant to Rule 26(c) of the Federal Rules of

Civil Procedure, the Court ORDERS as follows:

The document filed as Exhibit C to the defendants' Appendix to their opening

brief in support of their motion to dismiss (D.I. 21) in this matter shall be immediately

placed under seal by the Clerk of the Court, and shall not be made part of the public

record for any purposes.

It is SO ORDERED this ___ day of January 2006.

---

The Honorable Gregory M. Sleet
United States District Judge