# JOSEPH N. GIELATA

### ATTORNEY AT LAW

501 SILVERSIDE ROAD, SUITE 90
WILMINGTON, DELAWARE 19809
WWW.GIELATALAW.COM
TEL (302) 798-1096
FAX (302) 397-0730

January 17, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 N. King Street, Lockbox 19
Wilmington, DE 19801

        Re:    *Gielata v. Rocanelli, et al.*, **Civil Action No. 1:05-cv-567**

Dear Judge Sleet:

      I am the plaintiff in the above-referenced matter. Last Friday, the defendants filed a motion to dismiss (D.I. 19) and opening brief in support thereof (D.I. 20) together with an appendix of exhibits (D.I. 21). The exhibits include a transcript of a confidential proceeding. (D.I. 21 Ex. C.) The defendants and I disagree as to whether I implicitly waived my confidentiality rights by filing suit. However, the parties have conferred and presented a stipulated motion (D.I. 22) seeking to have the transcript placed under seal. Having found myself in the awkward position of seeking post-production relief from the disclosure of confidential information, it is respectfully requested that the proposed order be entered. I am available at the Court's convenience.

                                      Respectfully,

                                      /s/ Joseph N. Gielata (#4338)

cc:    Clerk of Court
        Richard W. Hubbard, Esq.