

# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

### CARL C. DANBERG
#### Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:    New Castle County
Civil Division
302-577-8308

January 18, 2006

[By Hand Delivery]

Clerk of Court
United States District Court
844 North King Street
Wilmington, DE 19801

       Re:   *Gielata v. Rocanelli, et al.*
             <u>C.A. No. 05-567-GMS</u>

Dear Clerk of Court:

Please find enclosed copies of a substitution page for page 28 of the *Defendants' Opening Brief In Support of Their Motion To Dismiss*, which was filed on January 13, 2006. Page 28 contained several typographical errors due to computer software.

Thank you.

Very truly yours,

Richard W. Hubbard
Deputy Attorney General

xc:   Joseph N. Gielata, Esq.
       (w/ attach.)