# Exhibit 1



Sign Up | Log In | Help

| **Welcome** | **Send Money** | **Request Money** | **Merchant Tools** | **Auction Tools** |

## User Agreement for PayPal™ Service

Country: **US (in English)**|EU (in English)|AT (auf Deutsch)|DE (auf Deutsch)|FR (en Français)|BE (in English)|BE (en Français)|CH (auf Deutsch)|IT (in Italiano)|AU (in English)|ES (en Español)

This User Agreement applies to all countries in which PayPal is available other than Switzerland, Australia and the countries within the European Union. The User Agreement for Germany is available under the "DE" link above. The User Agreement for Austria is available under the "AT (auf Deutsch)" link above. The User Agreement for France is available under the "FR (en Français)" link above. The User Agreement for Belgium is available in both English and French under the "BE (in English)" and "BE (en Français)" links above. The User Agreement for Spain is available under the "ES (en Español)" link above. The User Agreement for Italy is available under the "IT (in Italiano)" link above. The User Agreement for all other European Union countries besides Germany, Austria, France, Belgium, Spain, and Italy is available under the "EU (in English)" link above. The User Agreement for Switzerland is available under the "CH (auf Deutsch)" link above.

The following policies (showing their last updated date) are incorporated into this Agreement by reference and provide additional terms and conditions related to specific PayPal services we offer:

- Privacy Policy (April 15, 2005)
- Closing Accounts and Limiting Account Access (February 7, 2003)
- Electronic Fund Transfer Rights and Error Resolution Policy (April 13, 2004)
- Seller Protection Policy (June 28, 2005)
- Buyer Complaint Policy (June 17, 2005)
- Buyer Credit Policy (September 7, 2005)
- PayPal Buyer Protection Policy (June 28, 2005)
- Money Back Guarantee Policy (January 14, 2005)
- Payments (Sending, Receiving, and Withdrawals) Policy (August 19, 2005)
- Premier and Business Account Policy (May 13, 2005)
- Fees Policy (June 17, 2005)
- PayPal Shops Policy (September 26, 2003)
- Debit Card Policy (March 23, 2005)
- Ebay Billing (March 11, 2005)
- Acceptable Use Policy (January 14, 2005)
- Bonus Policy (January 14, 2005)
- Preapproved Payments Policy (May 13, 2005)

Each of these policies may be changed from time to time and are effective immediately after we post the changes on our Service, except our Privacy Policy for which we will provide you with thirty days prior notice. In addition, when using particular Services, you agree that you are subject to any policies or rules which are posted in conjunction with those Services. All such posted policies or rules are hereby incorporated by reference into this Agreement.

.........................................................................................................................

THE FOLLOWING DESCRIBES THE TERMS ON WHICH PAYPAL OFFERS YOU ACCESS TO OUR SERVICES.

This User Agreement ("Agreement") is a contract between you and PayPal, Inc. and applies to your use of the PayPal™ payment service and any related products and services available through www.paypal.com (collectively the "Service"). If you do not agree to be bound by the terms and conditions of this Agreement, please do not use or access our Services.

You must read, agree with, and accept all of the terms and conditions contained in this Agreement and the Privacy Policy, which include those terms and conditions expressly set out below and those incorporated by reference, before you may become a member of PayPal. We strongly recommend that, as you read this Agreement, you also access and read the information contained in the other pages and websites referred to in this document, as they may contain further terms and conditions that apply to you as a

PayPal user. Please note: underlined words and phrases are links to these pages and websites. By accepting this Agreement, you also agree that your use of other PayPal websites and Services will be governed by the terms and conditions posted on those websites.

For additional information about the Service and how it works, please also consult the PayPal Help Center.

We may amend this Agreement at any time by posting the amended terms on our site. Except as stated below, all amended terms shall be effective 30 days after they are initially posted on our site. Upcoming changes will be posted on the "Policy Updates" page, accessible from "Policy Updates" link on the Account Overview page once you have logged in. In addition, you can set your Preferences to receive email notification of all policy updates. You may review the current Agreement prior to initiating a transaction at any time at our User Agreement page.

In this Agreement, "you" or "your" means any person or entity using the Service ("Users"). Unless otherwise stated, "PayPal," "we" or "our" will refer collectively to PayPal, Inc. and its subsidiaries including PayPal Asset Management Inc. Unless otherwise specified, all references to a "bank" in this Agreement include savings associations and credit unions, and all references to a "credit card" include Visa- and MasterCard-branded debit cards.

This Agreement was last modified on May 13, 2005.

1. **Eligibility.** In order to use the Service, you must register for a Personal, Premier, or Business account. Users may only hold one Personal account and either one Premier or one Business account. Our Services are only available to individuals or businesses that can form legally binding contracts under applicable law. Without limiting the foregoing, our Service is not available to minors (under 18), persons who are suspended from our Service, or to persons who present an unacceptable level of credit risk. In order to receive credit card funded payments or use the Service to conduct business or in conjunction with a business, you must upgrade to or register for a Premier or Business account.

2. **The Legal Relationship between You and PayPal.**

    **2.1 Agency Relationship**. PayPal acts as a facilitator to help you accept payments from and make payments to third parties. We act as your agent based upon your direction and your requests to use our Services that require us to perform tasks on your behalf. PayPal will at all times hold your funds separate from its corporate funds, will not use your funds for its operating expenses or any other corporate purposes, and will not voluntarily make funds available to its creditors in the event of bankruptcy or for any other purpose. You acknowledge that (i) PayPal is not a bank and the Service is a payment processing service rather than a banking service, and (ii) PayPal is not acting as a trustee, fiduciary or escrow with respect to your funds, but is acting only as an agent and custodian.

    You are not required to keep funds in the PayPal system (i.e., carry a balance in your PayPal agency account) in order to use the Service. If you do carry a U.S. Dollar balance in your PayPal account and do not enroll in the PayPal Money Market Fund, PayPal will pool your funds together with funds from other Users, and will place those funds in accounts at one or more non-interest bearing FDIC-insured banks ("Pooled Accounts"). Those funds may be eligible for FDIC pass-through insurance. Balances held in currencies other than U.S. Dollars will not be eligible for FDIC insurance.

    You agree that you will not receive interest or other earnings on the funds that PayPal handles as your agent. PayPal will also not receive interest on those funds, but may receive a reduction in fees or expenses charged for banking services by the banks that hold your funds.

    If you enroll in the Money Market Fund, PayPal's subsidiary PayPal Asset Management Inc. will act as your agent to transfer any U.S. Dollar balance in your PayPal account on a daily basis to purchase shares in the Money Market Fund. Thereafter, payments that you send through PayPal will be funded by a redemption of your shares in the Money Market Fund. For more information on the Money Market Fund, please review the prospectus.

    By initiating and sending payments through the Service or adding funds to

your balance, you appoint PayPal as your agent to obtain the funds on your behalf and to transfer the funds to the recipient that you designate or to a Pooled Account, subject to the terms and restrictions of this Agreement. PayPal will obtain the funds first by debiting your funds in the Pooled Accounts or redeeming your shares in the Money Market Fund, if any. If this is not sufficient to fund your payment fully, PayPal will obtain the remaining funds per your instructions by debiting a bank account that you designate or charging your credit card. When you send a payment, until that payment is accepted by the recipient (which may occur instantly), you remain the owner of those funds and PayPal holds those funds as your agent, but you will not be able to withdraw those funds or send the funds to any other recipient unless the initial transaction is cancelled.

By receiving payments through the Service, you appoint PayPal as your agent to cause the funds to be deposited on your behalf in the Pooled Accounts until you further instruct PayPal with respect to the transmission of your funds. Through the PayPal website, you may provide instructions to withdraw the funds, enroll in an automatic sweep of the funds into the PayPal Money Market Fund or transfer the funds to a third party, in each case subject to the terms and restrictions of this Agreement. If you receive a notice that a payment has been sent to you through PayPal but you have not registered for the Service, PayPal will not become your agent and you will have no claim to those funds unless and until you register for the Service and indicate your acceptance of the payment. If you register for a Premier or Business account and intend to accept credit card payments, you will be receiving services provided by Wells Fargo Bank, N.A. and Wells Fargo Merchant Services, LLC (collectively "Wells Fargo"), and the terms of the Premier and Business Account Policy will govern your rights, obligations and liabilities with respect to such credit card transactions.

**2.2 PayPal is only a Payment Service Provider.** PayPal acts as a payment service provider by creating, hosting, maintaining and providing our Service to you via the Internet. We do not have any control over the products or services that are paid for with our Service. We cannot ensure that a buyer or a seller you are dealing with will actually complete the transaction.

**2.3 Identity Authentication.** We use many techniques to identify our users when they register on our site. Verification of Users is only an indication of increased likelihood that a User's identity is correct. You authorize PayPal, directly or through third parties, to make any inquiries we consider necessary to validate your registration. This may include ordering a credit report and performing other credit checks or verifying the information you provide against third party databases. However, because user verification on the Internet is difficult, PayPal cannot and does not guarantee any user's identity.

**2.4 Release.** In the event that you have a dispute with one or more users, you release PayPal (and our officers, directors, agents, subsidiaries, joint ventures and employees) from any and all claims, demands and damages (actual and consequential) of every kind and nature arising out of or in any way connected with such disputes. If you are a California resident, you waive California Civil Code §1542, which says: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if not known by him must have materially affected his settlement with the debtor."

**2.5 No Warranty.** WE, OUR PARENT, SUBSIDIARIES, EMPLOYEES AND OUR SUPPLIERS PROVIDE OUR SERVICES "AS IS" AND WITHOUT ANY WARRANTY OR CONDITION, EXPRESS, IMPLIED OR STATUTORY. WE, OUR PARENT, SUBSIDIARIES, EMPLOYEES AND OUR SUPPLIERS SPECIFICALLY DISCLAIM ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. PayPal shall make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts, credit cards, and check issuances are processed in a timely manner and but we make no representations or warranties regarding the amount of time needed to complete processing because our Service is largely dependant upon many factors outside of our control, such as delays in the banking system or the U.S. or international mail service. Some states do not allow the disclaimer of implied warranties, so the foregoing disclaimer may not apply to you. This warranty gives you specific legal rights and you may also have other legal rights that vary from state to state.

The above clause is completely separate from PayPal's Money Back Guarantee, which you may choose to purchase at the time of an eligible transaction, and which assigns to you certain privileges, as defined in the Money Back Guarantee Policy.

**2.6 Limitation of Liability.** IN NO EVENT SHALL WE, OUR PARENT, SUBSIDIARIES, EMPLOYEES OR OUR SUPPLIERS BE LIABLE FOR LOST PROFITS OR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH OUR WEB SITE, OUR SERVICE, OR THIS AGREEMENT (HOWEVER ARISING, INCLUDING NEGLIGENCE). Some states do not allow the exclusion or limitation of incidental or consequential damages so the above limitation or exclusion may not apply to you.

OUR LIABILITY, AND THE LIABILITY OF OUR PARENT, SUBSIDIARIES, EMPLOYEES AND SUPPLIERS, TO YOU OR ANY THIRD PARTIES IN ANY CIRCUMSTANCE IS LIMITED TO THE ACTUAL AMOUNT OF DIRECT DAMAGES.

**2.7 Indemnification.** You agree to indemnify and hold PayPal, its parent, subsidiaries, affiliates, officers, directors and employees harmless from any claim or demand (including attorneys' fees) made or incurred by any third party due to or arising out of your breach of this Agreement or the documents it incorporates by reference, or your violation of any law or the rights of a third party relating to your use of the Service.

**2.8 Liability for Violations of the Acceptable Use Policy.** If you engage in the following behavior, PayPal may fine you, as explained below.

   i. Using the PayPal service to receive payments for any sexually oriented or obscene materials or services in violation of PayPal's Mature Audiences Policy.

   ii. Using the PayPal service to receive payments for any narcotics, other controlled substances, steroids or prescription drugs in violation of PayPal's Prescription Drugs and Devices Policy or the Drugs and Drug Paraphernalia Policy.

   iii. Using the PayPal service to receive payments for wagers, gambling debts or gambling winnings, regardless of the location or type of gambling activity.

You and PayPal agree that the damages that PayPal will sustain as a result of the behavior outlined above will be substantial, including (without limitation) fines and other related expenses from its payment processors and service providers, but may be extremely difficult and impracticable to ascertain. In the event that you engage in such activities, then PayPal may fine you $500.00 USD and/or PayPal may take legal action against you to recover losses that are in excess of the amount fined. You acknowledge and agree that $500.00 USD is presently a reasonable minimum estimate of PayPal's damages, considering all currently existing circumstances, including (without limitation) the relationship of the sum to the range of harm to PayPal that reasonably could be anticipated and the anticipation that proof of actual damages may be impractical or extremely difficult. You agree that PayPal is entitled to deduct such fines directly from any existing balance in the offending account, or any other PayPal account owned by you.

If you use the PayPal service in a manner that violates the Acceptable Use Policy, including but not limited to the three categories described above, your account will be subject to limitation or immediate termination, as stated in the Closing Accounts and Limiting Account Access Policy.

You further understand that, if you use the PayPal service in a manner that violates the Acceptable Use Policy, including but not limited to the three categories described above, PayPal may incur substantial liability and/or suffer significant damages, including (without limitation) fines and other related expenses from its payment processors and service providers. By selling goods or services (including access to content) in contravention of the Acceptable Use Policy or the Restricted Activities section of this User Agreement (currently Section 7.2), you acknowledge liability to PayPal for any and all damages suffered by PayPal. Without limiting the foregoing, you agree to reimburse PayPal for any and all costs, expenses, and fines levied on

PayPal by its payment processors and/or service providers as a result of your activities.

You agree that, if either you or PayPal commence litigation or arbitration in connection with this paragraph, the prevailing party is entitled to recover reasonable attorneys' fees and any other costs incurred in such proceeding in addition to any other relief to which the prevailing party may be entitled.

3. **Fees.** All fees are set forth in the Fee Schedule. All fees will be assessed in the currency of the payment. Additional information about PayPal's fees is available in the Fees Policy. Your account and all transactions are made and displayed in U.S. dollars unless otherwise specified and may be subject to exchange rates.

4. **Non-U.S. Use.** To be eligible for an account, you must be a resident of the United States or one of the approved countries listed below:

- Anguilla
- Argentina †
- Australia†
- Austria†
- Belgium†
- Brazil †
- Canada†
- Chile †
- China †
- Costa Rica
- Cyprus
- Czech Republic
- Denmark†
- Dominican Republic
- Estonia
- Finland†
- France†
- Germany†
- Greece
- Hong Kong†
- Hungary
- Iceland
- India †
- Ireland †
- Israel
- Italy †
- Jamaica †
- Japan†
- Latvia
- Lithuania
- Luxembourg
- Malta
- Mexico†
- Netherlands†
- New Zealand†
- Norway†
- Poland
- Portugal
- Singapore†
- Slovakia
- Slovenia
- South Africa
- South Korea†
- Spain†
- Sweden†
- Switzerland†
- Taiwan†
- United Kingdom†
- Turkey
- Malaysia
- Thailand
- Venezuela
- Ecuador †
- Uruguay †
- Monaco

Countries marked with a † in the above table may withdraw funds from their PayPal account to a local bank account, either electronically or by bank draft, and are considered "Withdrawal Countries".

Non-U.S. Users in some countries may not use the Service to receive payments, and may only use the Service to send payments. These countries are designated on the PayPal Non-U.S. Accounts page. If you are an Non-U.S. User, you warrant that you are violating no law or regulation by your use of PayPal.

5. **Receiving Payments.**

**5.1 Credit Card Funded Payments.** The only accounts that can receive credit card funded payments are Premier and Business Accounts. Personal Accounts that receive credit card funded payments may accept the payment by upgrading to a Premier or Business Account, or they will have to deny the payment. Personal Accounts may receive non-credit card funded payments for free. By accepting a credit card payment, you agree that you are responsible for the payment if it is reversed. If such reversal occurs on a credit card funded payment made to your account, we will reverse the payment and debit your PayPal account balance to pay for the reversal unless the transaction is covered by the Seller Protection Policy. If there are insufficient funds in your PayPal balance, you agree to reimburse PayPal through other means, as described in the Payments (Sending, Receiving, and Withdrawing) Policy.

**5.2 Removal of Expired Cards.** We will notify you of expired credit cards in your account and provide you the opportunity to update those cards before we remove them as a funding source in your account.

**5.3 Withdrawals.** In order to withdraw money from your PayPal account we require you to provide PayPal with a number of forms of identification as further described and protected in our Privacy Policy. We require this information to authenticate your identity and to determine how much you

may withdraw from your account per month. We may limit withdrawals and require additional information from you depending upon your location (U.S. or international), credit rating, and other factors. Generally, in order to withdraw more than $500.00 USD per month, we require you to complete some authentication procedures, such as confirming: your email address, your bank account, and your social security number. You may withdraw funds by direct deposit to the bank account you have on file with us or you may elect to receive a physical check for a nominal processing fee as disclosed in our Fee Schedule. Generally, checks will only be sent to Confirmed Addresses. Importantly, if you are an Non-U.S. User and do not reside in a Withdrawal Country, please note that you may not be able to withdraw funds from your PayPal Account and should therefore only accept payments if you know you will send payments in equal amounts out of your account. For more details and guidelines about withdrawals, please refer to our Payments Policy.

6. **Sending Payments.**

   **6.1 Sending Payments.** In order to send payments through our Service we require you to provide PayPal with a number of forms of identification as further described and protected in our Privacy Policy. We require this information to authenticate your identity and to determine how much you may send with your account. We may require additional information from you depending on your location and other factors. Based on the information you provide, we will determine your Sending Limit. Generally, accounts that have a confirmed email address and credit card on file may send up to $2,000.00 USD. Accounts that are Verified by adding and confirming a bank account will receive a higher Sending Limit or no limit at all.

   **6.2 Enrolling in the Expanded Use Program.** Non-U.S. members (and some U.S. members) may be asked to enroll in the Expanded Use Program before they may send any payments. American Express has decided to decline PayPal credit card transactions that are funded with an American Express Corporate card. As a result, any attempts to register or use an American Express Corporate Card will be denied. Some accounts, at PayPal's discretion, may have a higher or lower limit before completing enrollment in the Expanded Use Program. Some transactions, at PayPal's discretion, may not apply towards the limit. To obtain your Expanded Use Number, you must pay a Expanded Use Fee, log in to your PayPal account, and enter the four-digit Expanded Use Number associated with the charge. After you have successfully entered your Expanded Use Number, you will receive a bonus on the next PayPal payment you send. This bonus may take up to 24 hours to process and be reflected in your PayPal account balance. This Expanded Use Enrollment will be complete and your sending limit lifted if and when you correctly enter your Expanded Use Number on the PayPal website. If you remove the funding source (e.g. the bank account or credit card) used to enroll in the Expanded Use Program, PayPal may require you to enroll in the Expanded Use Program again.

   **6.3 Refused Payments.** When you send a payment to a third party through our Service, the recipient is not required to accept the payment, even if the recipient is already registered with PayPal. The recipient may return the payment or, in some cases, use the PayPal Service to deny payments that you send. Any payments sent through PayPal that are denied or unclaimed by a recipient will be returned to you on the earlier of: (a) the date of such denial, or (b) 30 days after the date the payment is sent. For more details and guidelines about Sending Payments, please refer to our Payments Policy.

   **6.4 Electronic Transfers.** When you make a payment through PayPal that is funded with Instant Transfer or eCheck, and when you initiate an "Add Funds" transaction you are requesting an electronic transfer from your bank account. Upon such request, PayPal will make electronic transfers via the Automated Clearing House (ACH) system from your U.S. bank account in the amount you specify. You agree that such requests constitute your authorization for such transfers. PayPal will never make transfers from your bank account without your authorization. PayPal provides you protection against unauthorized withdrawals from your bank account under the terms of the Electronic Fund Transfer Rights and Error Resolution Policy below.

   **6.5 Right of Merchant Recipients to Delay Payment Processing.** When you authorize a payment to be sent to certain merchant users (who hold Premier or

Case 1:05-cv-00567-GMS          Document 25-2          Filed 01/30/2006          Page 8 of 44

Business Account(s)), your payment instruction will be valid for a variable period of time. Your payment will not be treated as transferred to the merchant until the merchant user chooses to process the payment within the period your payment instruction is valid.

We will complete your payment transfer by first debiting your balance (if any). If at the time you authorize the payment you have sufficient balance to make the payment, we will, at this time, debit an amount equal to the payment from your balance and highlight the transaction as pending. You will not be able to access this amount even if the merchant has not yet completed the processing of this payment.

If you do not hold a sufficient amount in your balance at the time you authorized the payment, we will complete the payment transfer by firstly debiting your balance (if any) at the time you made the authorization. The transaction will be highlighted as pending and you will not be able to access this amount even if the merchant has not yet completed the processing of this payment. We will subsequently obtain the remaining e-money by debiting your registered bank account, debit card or credit card which you specify at the time of authorization as your back up funding source at the time the payment is processed.

Between the time you authorize a payment and the time the payment is processed, the merchant may amend the payment amount (for example, to account for taxes, postage or amendments to the purchase you made with the merchant). You agree, at the time of authorization, to authorize a payment to be made to the merchant up to the amount which appears as the maximum amount on the payment authorization page to include any additional amounts which may be payable by you to the merchant, as subsequently agreed by you and the merchant. You further agree that we are not required to verify this additional amount with you at the time the payment is transferred and that we may transfer any amount up to the maximum amount on the basis of your authorization and upon receiving instructions from the merchant of the final payment amount.

7.  **Your Information and Restricted Activities**

    **7.1 Definition.** "Your Information" is defined as any information you provide to us or other users in the registration, payment process, stores or other features of our Service. You are solely responsible for Your Information, as we act as a passive conduit for your online distribution and publication of Your Information.

    **7.2 Restricted Activities.** Your Information and your activities (including your payments and receipt of payments) through our Service shall not: (a) be false, inaccurate or misleading; (b) be fraudulent or involve the sale of counterfeit or stolen items; (c) consist of providing yourself a cash advance from your credit card (or helping others to do so), (d) be related in any way to gambling and/or gaming activities, including but not limited to payment or the acceptance of payments for wagers, gambling debts or gambling winnings, regardless of the location or type of gambling activity (including online and offline casinos, sports wagering and office pools); (e)violate PayPal's Acceptable Use Policy: (f) infringe on any third party's copyright, patent, trademark, trade secret or other property rights or rights of publicity or privacy; (g) violate any law, statute, ordinance, contract or regulation (including, but not limited to, those governing financial services, consumer protection, unfair competition, antidiscrimination, or false advertising): (h) be defamatory, trade libelous, unlawfully threatening or unlawfully harassing: (i) be obscene or contain child pornography: (j) contain any viruses, Trojan horses, worms, time bombs cancelbots, easter eggs or other computer programming routines that may damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or other personal information; or (k) create liability for us or cause us to lose (in whole or in part) the services of our ISP's or other suppliers. If you use, or attempt to use the Service for purposes other than sending and receiving payments and managing your account, including but not limited to tampering, hacking, modifying or otherwise corrupting the security or functionality of Service, your account will be terminated and you will be subject to damages and other penalties, including criminal prosecution where available.

    **7.3 License.** Solely to enable PayPal to use the information you supply us with, so that we are not violating any rights you might have in that information, you agree to grant us a non-exclusive, worldwide, royalty-free, perpetual, irrevocable, sublicensible (through multiple tiers) right to exercise

the copyright, publicity, and database rights (but no other rights) you have in Your Information, in any media now known or not currently known, with respect to Your Information. PayPal will use and protect Your Information in accordance with our Privacy Policy.

**7.4 Trademarks.** PayPal.com, PayPal, and all related logos, products and services described in this website are either trademarks or registered trademarks of PayPal, Inc., or its licensors, and (aside from the circumstances described below) may not be copied, imitated or used, in whole or in part, without the prior written permission of PayPal. In addition, all page headers, custom graphics, button icons, and scripts are service marks, trademarks, and/or trade dress of PayPal and may not be copied, imitated, or used, in whole or in part, without the prior written permission of PayPal.

Notwithstanding the above, HTML logos provided by PayPal through its Affiliate Program, Website Payments features, or Auctions Tools features ("Logos"), may be used without prior written consent for the purpose of directing web traffic to the Service. These Logos may not be altered, modified, or changed in any way, or used in a manner that is disparaging to PayPal or the Service. Logos may not be displayed in any manner that implies sponsorship or endorsement by PayPal. PayPal is a payment service, and no partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by this Agreement.

8. **Access and Interference.** Our web site contains robot exclusion headers and you agree that you will not use any robot, spider, other automatic device, or manual process to monitor or copy our web pages or the content contained herein without our prior expressed written permission. You agree that you will not use any device, software or routine to bypass our robot exclusion headers, or to interfere or attempt to interfere with the proper working of the PayPal site or any activities conducted on our site. You agree that you will not take any action that imposes an unreasonable or disproportionately large load on our infrastructure. Much of the information on our site is proprietary or is licensed to PayPal by our users or third parties. You agree that you will not copy, reproduce, alter, modify, create derivative works, publicly display or frame any content (except for Your Information) from our web site without the prior expressed written permission of PayPal or the appropriate third party. If you use, or attempt to use the Service for purposes other than sending and receiving payments and managing your account, including but not limited to tampering, hacking, modifying or otherwise corrupting the security or functionality of Service, your account will be terminated and you will be subject to damages and other penalties, including criminal prosecution where available.

9. **Privacy and Security.** We do not sell or rent your personal information to third parties for marketing purposes without your consent and we only use Your Information as described in the Privacy Policy. We view protection of users' privacy as a very important principle. We understand clearly that you and Your Information are one of our most important assets. We store and process Your Information on computers located in the United States that are protected by physical as well as technological security devices. You should only log in to your PayPal account on a page which begins with https://www.paypal.com/. All of our pages begin with https://www.paypal.com/ and therefore you should not use any other site that does not begin as such. We use third parties to verify and certify our privacy principles. Our current Privacy Policy is available at https://www.paypal.com/cgi-bin/webscr?cmd=p/gen/privacy-outside. If you object to your information being transferred or used in this way, please do not use our Services.

10. **Termination or Closing Your Account.** You may close your account at any time by clicking the **Close Account** link in your Profile on the PayPal website. Upon closure of an account, any pending transactions will be cancelled and any balances associated with Redemption Codes (for programs such as eBay Anything Points, Gift Certificates, or Coupons) will be forfeited. Any funds that we are holding in custody for you at the time of closure, less any applicable fees, will be paid to you by check, assuming all withdrawal related authentication requirements have been fulfilled (for example, you may not use closure of your account as a means of evading withdrawal limits on new Unverified users). You may not use closure of your account as a means of evading investigation - if an investigation is pending at the time you close your account, PayPal may continue to hold your funds for up to 180 days as appropriate to protect PayPal against the risk of reversals. If you are later determined to be entitled to some or all of the funds in dispute, PayPal will release

those funds to you. You will remain liable for all obligations related to your account even after such account is closed. If you do not access your account for a period of three years, it will be terminated. After the date of termination, we will use the information you provided to try to send you any funds that we are holding in custody for you. If that information is not correct, and we are unable to complete the payment to you, your funds will be subject to applicable state laws regarding escheat of unclaimed property.

11. **Remedies and PayPal's Right to Collect From You.** Without limiting other remedies, we may update inaccurate or incorrect information you provide to us, contact you by means other than electronically, immediately warn our community of your actions, place a hold on funds in your account, limit funding sources and payments, limit access to an account and any or all of the account's functions (including but not limited to the ability to send money or making withdrawals from an the account), limit withdrawals, indefinitely suspend or close your account and refuse to provide our Services to you if: (a) you breach this Agreement or the documents it incorporates by reference; (b) we are unable to verify or authenticate any information you provide to us; (c) we believe that your account or activities pose a significant credit or fraud risk to us; (d) we believe that your actions may cause financial loss or legal liability for you, our users or us; or (e) your use of your PayPal account is deemed by PayPal, Visa, MasterCard, American Express or Discover to constitute abuse of the credit card system or a violation of credit card rules, including (without limitation), using the PayPal system to test credit card behaviors. Even if they have been recorded as completed in the Recent Activity or History Transaction Log of your PayPal account, transactions are not considered completed until the funds have been charged to the customer's funding source (for payments) or posted to the customer's bank account (for withdrawals). In addition, PayPal reserves the right to hold funds beyond the normal distribution periods for transactions it deems suspicious or for accounts conducting high transaction volumes to ensure integrity of the funds. If we close your account, we will provide you notice and pay you all of the unrestricted funds held in your PayPal account. Additionally, to secure your performance of this Agreement, you grant to PayPal a lien on and security interest in your account. In addition, you acknowledge that PayPal may setoff against any accounts you own for any obligation you owe PayPal at any time and for any reason allowed by law. These obligations include both secured and unsecured debts and debts you owe individually or together with someone else. PayPal may consider this Agreement as your consent to PayPal's asserting its security interest or exercising its right of setoff should any law require your consent. The rights described in this section are in addition to and apart from any other rights.

12. **Assignability.** You may not transfer any rights or obligations you may have under this Agreement without the prior written consent of PayPal. PayPal reserves the right to transfer this Agreement or any right or obligation under this Agreement without your consent.

13. **Legal Compliance.** You shall comply with all applicable U.S. and international laws, statutes, ordinances, regulations, contracts and applicable licenses regarding your use of our Services.

14. **Notices.**

**14.1 Electronic Communications.** You agree that this Agreement constitutes "a writing signed by You" under any applicable law or regulation. To the fullest extent permitted by applicable law, this Agreement and any other agreements, notices or other communications regarding your account and/or your use of the Service ("Communications"), may be provided to you electronically and you agree to receive all Communications from PayPal in electronic form. Electronic Communications may be posted on the pages within the PayPal website and/or delivered to your e-mail address. You may print a copy of any Communications and retain it for your records. All Communications in either electronic or paper format will be considered to be in "writing," and to have been received no later than five (5) business days after posting or dissemination, whether or not you have received or retrieved the Communication. PayPal reserves the right but assumes no obligation to provide Communications in paper format.

**14.2 Credit Report.** You agree that PayPal may order and review your credit report with the sole purpose of assessing your fitness to hold a PayPal account and/or your ability to use the Service or features thereof.

10/23/2005 11:25 PM

**14.3 Procedure.** Except as explicitly stated otherwise, any notices shall be given by postal mail to PayPal Inc., Attn: Legal Department, 2211 North First Street, San Jose, California 95131 (in the case of PayPal) or to our online message center or the email address you provide to PayPal during the registration process (in your case). Notice shall be deemed given 24 hours after posted or email is sent, unless the sending party is aware that the electronic communication was not received. Alternatively, we may give you notice by mail to the address provided to PayPal during the registration process. In such case, notice shall be deemed given 3 days after the date of mailing.

15. **Legal Disputes.** In the event a dispute arises between you and PayPal, our goal is to provide you with a neutral and cost effective means of resolving the dispute quickly. Accordingly, you and PayPal agree that any controversy or claim at law or equity that arises out of this Agreement or PayPal's services ("Claims") shall be resolved in accordance with one of the subsections below, or as otherwise mutually agreed upon in writing by the parties. Before resorting to these alternatives, PayPal strongly encourages users first to contact PayPal directly to seek a resolution. PayPal will consider reasonable requests to resolve the dispute through alternative dispute resolution procedures, such as mediation, as an alternative to litigation.

**15.1 Arbitration.** For any Claim (excluding Claims for injunctive or other equitable relief) where the total amount of the award sought is less than $10,000.00 USD, you or PayPal may elect to resolve the dispute through binding arbitration conducted by telephone, on-line, and/or based solely upon written submissions where no in-person appearance is required. In such cases, the arbitration shall be administered by the American Arbitration Association or JAMS, in accordance with their applicable rules, or any other established ADR provider mutually agreed upon by the parties. Any judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

**15.2 Court.** Alternatively, any Claim may be adjudicated by a court of competent jurisdiction located in Santa Clara County, California or where the defendant is located (in PayPal's case, San Jose, California, and in your case, your home address or principal place of business). You and PayPal agree to submit to the personal jurisdiction of the courts located within the county of Santa Clara, California.

**15.3 Alternative Dispute Resolution.** PayPal will consider use of other alternative forms of dispute resolution, such as binding arbitration to be held in Santa Clara County, California or another location mutually agreed upon by the parties.

**15.4 Violations of Section 15.** All Claims (excluding requests for injunctive or equitable relief) between the parties must be resolved using the dispute resolution mechanism that is selected in accordance with this Section by the party first to assert a Claim, either through a court filing or commencement of arbitration. Should either party file an action contrary to this Section 15, the other party may recover attorneys' fees and costs up to $1,000.00 USD, provided that the party seeking the award has notified the other party in writing of the improperly filed Claim, and the other party has failed to withdraw the Claim.

16. **General.** This Agreement is governed by and interpreted under the laws of the state of California, U.S. as such laws are applied to agreements entered into and to be performed entirely within California by California residents. Notwithstanding the foregoing sentence, the Federal Arbitration Act ("FAA"), and all of its rules and procedures, shall govern Section 16 hereof, to the extent that the FAA is inconsistent with California law. We do not guarantee continuous, uninterrupted or secure access to our service, and operation of our site may be interfered with by numerous factors outside of our control. If any provision of this Agreement is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. You agree that this Agreement and all incorporated agreements may be automatically assigned by PayPal, in our sole discretion, to a third party in the event of a merger or acquisition. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches. This Agreement and the documents it incorporates set forth the entire understanding between us with respect to the subject matter hereof. Sections (3) Fees, (2.4)

Case 1:05-cv-00567-GMS    Document 25-2    Filed 01/30/2006    Page 12 of 44

Release, (8) Access and Interference, (2.6) Limitation of Liability, (2.7) Indemnity, and (16) Legal Disputes shall survive any termination or expiration of this Agreement.

17. **Disclosures.** The Services are offered by PayPal Inc., located at 2211 North First Street, San Jose, California 95131. If you are a California resident, you may have this same information emailed to you by sending a letter to the address above with your email address and a request for this information. Fees for our services are described in our Fees Policy.

Disputes between you and PayPal regarding our Services may be reported to Customer Support online through the PayPal Help Center at any time, or by calling (402) 935-2050 from 6 AM to midnight Central Time. Additionally, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, California 95814, or by telephone at (800) 952-5210.

July 14, 2005 at any time, or by calling (402) 935-2050 from 6 AM to midnight Central Time. Additionally, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, California 95814, or by telephone at (800) 952-5210. Florida residents may report any disputes with PayPal to the PayPal Help Center, or you may wish to contact the Florida Department of Financial Services in writing at 200 East Gaines Street, Tallahassee, Florida, 32399, or by telephone at 1-800-342-2762.

About | Accounts | Fees | Privacy | Security Center | Contact Us | User Agreement | Developers | Jobs | Buyer Credit | Referrals | Shops | Mass Pay

**PayPal, an eBay company**

Copyright © 1999-2005 PayPal. All rights reserved.
Information about FDIC pass-through insurance

# Exhibit 2



Sign Up | Log In | Help

| Welcome | · | Send Money | Request Money | Merchant Tools | Auction Tools |

## Money Back Guarantee Policy

This Policy was last modified on January 14, 2005.

1. **General.** PayPal's Money Back Guarantee program, which applies to selected physical goods transactions for less than $1,000.00 USD, ensures that if you buy the Guarantee, you will be satisfied with your purchase or have an option to resell the merchandise to PayPal for the price you paid for it for the first 45 calendar days following the date of payment or seven days after receipt, whichever is earlier. PayPal will not reimburse you for the Guarantee fee or for any shipping costs you incur in returning the merchandise. PayPal's obligation to reimburse you if you buy the Guarantee is subject to the requirements specified in sections ii and iii below and to your filing a complete and accurate reimbursement request as described in section iv below. This Guarantee is applied in addition to any protection you may already have.

    i. **Cost of Guarantee.** The cost of the Money Back Guarantee will be displayed on eligible transactions at the time of payment. If a transaction is eligible, the Money Back Guarantee must be purchased as part of the original transaction. This fee will not be refunded under any circumstances, except if the seller initiates a refund of the transaction before the buyer has filed a request for reimbursement under the Money Back Guarantee.

    ii. **Requirements for Offering the Guarantee.** The Money Back Guarantee will be offered only on selected transactions, and even if offered and purchased, the Guarantee will not cover excluded items as described in Section iii below. If PayPal is offering the Money Back Guarantee on a transaction, the option to purchase the Money Back Guarantee will be displayed during the payment flow.

    The general requirements for a transaction to be eligible for the Guarantee offer are:

        1. **Transaction-based requirements.** The Guarantee will only be offered for transactions with a total amount of $1,000.00 USD or less.

           If the Guarantee is purchased for a PayPal Shopping Cart transaction, only one reimbursement request may be filed for the transaction, although the request may include multiple items in the PayPal Shopping Cart. Subscriptions and Recurring Payments, Service, and Quasi-Cash transactions are not eligible for the Money Back Guarantee.

        2. **Item-based requirements.** The Guarantee only applies to physical goods that have been purchased outright, rather than leased or rented. If an item(s) is part of a set or collection, the protection is only for the value of the item against which the reimbursement request is being filed; the value of the entire set will not be reimbursed.

        3. **Seller requirements.** The seller must have qualified for inclusion in the program as a "trusted" seller. Among other things, they must have a PayPal account in good standing and have been an account-holder for at least 5 months. The seller also must not have opted out of the Money Back Guarantee program.

        4. **Buyer requirements.** The Guarantee will be offered to U.S. buyers only. Each account may only file a maximum of 3 Guarantee reimbursement requests in a given twelve-month period. PayPal reserves the right not to offer the Guarantee to specific buyers if any prior reimbursement requests have been denied.

    iii. **Requirements for Honoring Reimbursement Requests.** These requirements will determine if reimbursement requests can be honored under

the Money Back Guarantee program:

1. **Pre-filing resolution effort.** Prior to filing a reimbursement request, the buyer must attempt to contact the seller and to make a good-faith effort to seek resolution directly with him or her.

2. **Reimbursement request completion.** Reimbursement requests must be complete and on time, as specified in section iv below.

3. **Specific item exclusions.** Items or situations which fit any of the following exclusions are not eligible for protection under the Guarantee:

   a. Items that have been damaged by the buyer

   b. Apparel items that have been worn or washed

   c. Media products such as DVDs, CDs, video and audio cassette tapes, video games and other software, etc.

   d. Stored value cards (e.g. phone cards, gift cards, etc.) of any kind

   e. Hazardous materials including but not limited to chemicals, explosives, flammables, poisons, and gases

   f. Firearms, explosives, or ammunition of any sort including but not limited to guns, rifles, and bombs

   g. Illegal/contraband goods

   h. Animals, plants, or any parts thereof

   i. Motorized vehicles of any kind, including but not limited to automobiles, motorcycles, boats, and airplanes

   j. Recalled products

   k. Consumables and perishables

   l. Land, buildings, structures, or real estate properties, lots or improvements

   m. Items weighing more than 70 pounds

   n. Items that, when packed, exceed 130 inches in combined length and girth (the combined length and girth is length plus twice the height plus twice the width)

   o. Virtual or intangible items.

iv. **Filing a reimbursement request.** Reimbursement requests may be filed in PayPal's Resolution Center. If the buyer has received the good, online reimbursement requests must be supplemented by return of the merchandise to PayPal along with a written reimbursement request as described below, which must be received by PayPal no more than 10 calendar days after the date that the online reimbursement request was filed. If the buyer has not received the good, reimbursement requests will be processed entirely online. If the Money Back Guarantee was purchased, any disputes of the transaction must be filed as a Guarantee reimbursement request rather than a Buyer Complaint (the Money Back Guarantee terms will apply rather than those of the Buyer Complaint Policy).

All written reimbursement requests must be shipped using a delivery service that provides online package tracking. The buyer will bear all costs of shipping the reimbursement request and/or merchandise to PayPal, regardless of the eventual decision PayPal makes on the request. PayPal is not responsible for any reimbursement requests that are lost/damaged by the shipping company. In the event that you return merchandise to PayPal that is not covered under the terms of the Money Back Guarantee Policy, you must co-operate with PayPal to ensure the item's return, or the merchandise will become the property of PayPal.

**Failure to provide all necessary reimbursement request materials may result in denial of the reimbursement.** Furthermore, if you return merchandise to PayPal without the required documentation, as listed below, the merchandise will become the property of PayPal.

All reimbursement requests must include the following information:

1. A completed online request form

2. A signed and completed reimbursement request form with the Transaction ID, the auction item number (if applicable), and a written description of the reason for the request.

3. A printout of the website page, auction listing, email, and/or invoice on which the item and price were listed. If this printout does not also include the tax and shipping terms (if applicable), you must provide a printout of that documentation as well.

4. Printouts and/or written descriptions of any and all correspondence that has occurred between the buyer and seller.

5. The merchandise with all of its original packaging and labeling, including the postmark and buyer's and seller's addresses

v. **Payment of Reimbursement Requests**

If PayPal accepts the request, payment will either be returned to the credit card from which the original payment was sent (if possible), or to the buyer's PayPal account balance. PayPal reserves the right to grant full or partial payment of reimbursement requests even in cases where the buyer's reimbursement request or merchandise is incomplete or otherwise does not obligate PayPal to make a reimbursement payment.

If a buyer has previously been awarded funds from a chargeback of a transaction covered by the Money Back Guarantee, the Money Back Guarantee program will not reimburse the buyer. (A chargeback, or reversal, occurs when a buyer rejects or reverses a charge on his or her credit card.) In addition, if a buyer receives a Money Back Guarantee reimbursement from PayPal, any ensuing chargeback awards may be reduced by the amount of the Guarantee reimbursement.

vi. **Additional terms.**

1. **Fraud.** Under no circumstances will PayPal reimburse requests in the event of fraud or misrepresentation by the buyer. In addition, fees will not be refundable in cases of fraud.

2. **Exercise of judgment.** Buyers are expected to exercise due diligence and prudent judgment to avoid or reduce any damage to the covered property. No person or entity other than the buyer shall have any legal or equitable right, remedy, or claim for reimbursement under or arising out of this Guarantee.

3. **Shipment of goods to PayPal.** PayPal will request that buyers bear the cost of shipment of the good(s) in question to its Guarantee processing center. Merchandise must be shipped using an online trackable shipping service. By paying a Guarantee reimbursement request, PayPal will assume ownership of the good(s).

4. **Transfer of rights.** By filing a reimbursement request, the buyer transfers to PayPal the right to receive the good in the event the buyer has not yet received it from the seller. After a reimbursement request is paid, the buyer transfers to PayPal all rights and remedies against any party with respect to the merchandise. In addition to transferring these rights, the buyer must provide PayPal with any assistance necessary to secure his or her rights and remedies and must do nothing that would jeopardize securing those rights and remedies.

   No rights provided under PayPal's Money Back Guarantee may be transferred without the prior written consent of PayPal, Inc.

Case 1:05-cv-00567-GMS          Document 25-2          Filed 01/30/2006          Page 17 of 44

5. **All decisions are final.** All reimbursement request decisions made by PayPal are final and cannot be appealed by either the buyer or seller.

6. **Seller responsibilities for Non-Receipt of Goods reimbursement requests.** If a buyer has purchased a Money Back Guarantee and submits a reimbursement request that indicates non-receipt of goods, and if the seller does not provide a tracking number or proof of refund to PayPal within 7 days after the buyer files a reimbursement request, PayPal may (1) refund the buyer out of the seller's account or (2) reimburse the buyer and then recover the funds from the seller. If the seller does not have sufficient funds in his or her PayPal balance in the currency of the original transaction, PayPal may limit the seller's access to his or her account until the seller authorizes PayPal to use funds from their balance, bank account, and/or credit card to recoup the amount paid to the buyer. If the reimbursement request is complete and accurate, PayPal is still required to reimburse the buyer for the amount of the transaction minus the Guarantee fee, even if the seller does not have sufficient funds in their balance.

About | Accounts | Fees | Privacy | Security Center | Contact Us | User Agreement | Developers | Jobs | Buyer Credit | Referrals | Shops | Mass Pay

**PayPal, an eBay company**

Copyright © 1999-2005 PayPal. All rights reserved.
Information about FDIC pass-through insurance

# Exhibit 3

PayPal - User Agreement - Payments (Sending, Receiving and Wit...    http://www.paypal.com/cgi-bin/webscr?cmd=p/gen/ua/policy_paym...



SignUp | Log In | Help

| Welcome | · | Send Money | Request Money | Merchant Tools | Auction Tools |

## Payments (Sending, Receiving, and Withdrawals) Policy

This Policy was last modified on August 23, 2005.

   I. **Sending Payments**

      1. **Sending Limits and Verification**

         a. **U.S. Users.** You need to have a credit card or confirmed bank account with PayPal before you can send any payments. American Express has decided to decline PayPal credit card transactions that are funded with an American Express Corporate Card. As a result, any attempts to register or use an American Express Corporate Card will be denied. Once you confirm an email address and add a credit card, you are limited to sending a total of $2,000.00 USD. Some accounts, at PayPal's discretion, may have a lower limit. Some transactions, at PayPal's discretion, may not apply towards the limit. Once you become Verified by confirming your bank account, your Sending Limit will be lifted. Account limits, if any, can be viewed from the "View Limits" link on the Account Overview page. In order to become Verified, you must log in to your PayPal account and add a bank account. By adding your bank account, you authorize PayPal to make two small deposits, at PayPal's own expense, to the bank account that you registered. Once you have become Verified, your bank account (Instant Transfer) becomes PayPal's default payment method. If you would like to fund your payment with an alternate method, click on the "More Funding Options" link on the Send Money Confirmation page. Your bank account and your PayPal account will be considered Verified if and when you correctly enter these deposit amounts on the PayPal website. If your Verified bank account is closed, you must confirm your control of a new U.S. bank account in order to remain Verified. PayPal reserves the right to decide that accounts at certain banks may not be used for Verification.

Some accounts, at PayPal's discretion, will be required to enroll in our Expanded Use Program. Specifically, this means that you may be required to pay a one-time Expanded Use Fee and to complete your enrollment in the Expanded Use Program by logging in to your PayPal account and entering the four-digit Expanded Use Number associated with the Expanded Use Fee. This fee will be charged directly to your credit card in the currency of the credit card bill for Visa and MasterCard, as follows: $1.95 USD, $2.45 CAD, £1.00 GBP, €1.50 EUR, ¥200 JPY, $2.00 AUD . If PayPal is unable to determine the currency of your credit card bill, or if PayPal does not support the currency of the card bill, or for any other card than Visa and MasterCard, the fee will be $1.95 USD. This Expanded Use enrollment will be complete if and when you correctly enter your Expanded Use Number on the PayPal website. After you have successfully entered your Expanded Use Number you will receive a bonus in the amount and currency of the Expanded Use Fee on the next PayPal payment you send. (This bonus may take up to 24 hours to process and be reflected in your PayPal account balance.) PayPal may require you to complete enrollment in the Expanded Use Program each time you add a funding source (i.e. a bank account or credit card) to your PayPal account.

Some accounts, at PayPal's discretion, may become Verified without completing the bank account confirmation process. In order to become Verified without completing the bank account confirmation process, an account will have completed an alternate Verification process determined and administered by PayPal. Accounts eligible for an alternate Verification process are determined solely by PayPal and will be contacted by PayPal.

b. **Non-U.S. Users.** When you open your PayPal account, you will have an initial Sending Limit - the amount of money which you may send with your PayPal account. Once you reach your Sending Limit, you will be required to enroll in the Expanded Use Program or become PayPal Verified before using PayPal to send any more payments. Some users may be required to enroll in the Expanded Use Program before they may send any payments. To view your Sending Limit, if any, log in to your PayPal account and click on the "View Limits" link next to your account balance. Once you confirm an email address, add a credit card, and enter your Expanded Use Number, your account will have an unlimited sending limit. American Express has decided to decline PayPal credit card transactions that are funded with an American Express Corporate Card. As a result, any attempts to register or use an American Express Corporate Card will be denied. Some accounts, at PayPal's discretion, may have a higher or lower limit before verification. Some transactions, at PayPal's discretion, may not apply towards the limit. Account limits, if any, can be viewed from the "View Limits" link on the Account Overview page.

In order to obtain your Expanded Use Number, you must pay an Expanded Use Fee, log in to your PayPal account, and enter the four-digit Expanded Use Number associated with the Expanded Use Fee. This fee will be charged directly to your credit card in the currency of the credit card bill for Visa and MasterCard, as follows: $1.95 USD, $2.45 CAD, £1.00 GBP, €1.50 EUR, ¥200 JPY, $2.00 AUD. If PayPal is unable to determine the currency of your credit card bill, or if PayPal does not support the currency of the card bill, or for any card other than Visa and MasterCard, the fee will be $1.95 USD. After you have successfully entered your Expanded Use Number, you will receive a bonus in the amount and currency of the Expanded Use Fee on the next PayPal payment you send. (This bonus may take up to 24 hours to process and be reflected in your PayPal account balance.) The Expanded Use enrollment will be complete and your sending limit lifted if and when you correctly enter your Expanded Use Number on the PayPal website. If you remove the funding source used to enroll in the Expanded Use Program, PayPal may require you to enroll in the Expanded Use Program again.

With the exception of Canadian, British, and German users, your non-U.S. account will be considered Unverified until you have completed the following three steps: (1) Confirm your email address, (2) Add a credit card, and (3) Enter your Expanded Use Number. Canadian, British and German users can verify their accounts by confirming control of a bank account. Except for Canadian Verified sellers with Business or Premier accounts who meet all of our other Seller Protection Policy guidelines, no non-U.S. accounts, whether Verified or Unverified, are protected under PayPal's Seller Protection Policy.

Some accounts, at PayPal's discretion, may become Verified without enrolling in the Expanded Use Program. In order to become Verified without enrolling in the Expanded Use Program, an account will have completed an alternate Verification process determined and administered by PayPal. Accounts eligible for an alternate Verification process are determined solely by PayPal and will be contacted by PayPal.

2. **Electronic Transfers.** When you make a payment through PayPal that is funded by Instant Transfer or eCheck, and when you initiate an "Add Funds" transaction you are requesting an electronic transfer from your bank account. Upon such request, PayPal will make electronic transfers via the Automated Clearing House (ACH) system from your U.S. or Canadian bank account in the amount you specify. You agree that such requests constitute your authorization for such transfers. PayPal will never make transfers from your bank account without your authorization.

PayPal provides you protection against unauthorized withdrawals from your bank account under the terms of the Electronic Fund Transfer Rights and Error Resolution Policy. You may be charged a service fee for any ACH transactions that result in a returned ACH item, such as but not limited to those caused by insufficient funds in your bank account, closure of your bank

account, or if the bank account number or other information you provided is incorrect. Currently, returns to non-U.S. bank accounts are charged a returned ACH fee based on their location and returns to U.S. bank accounts are not charged. PayPal reserves the right to resubmit for collection any ACH debit authorized by you (Instant Transfer, eCheck or Add Funds) that is returned for insufficient or uncollected funds.

    a. **Non-U.S. Members.** Users in Germany, Norway, the Netherlands, Sweden, and Switzerland may add funds to their PayPal account by initiating a bank transfer from their banking institution to their PayPal account. Such funds will be posted to the user's PayPal account and converted to the user's primary balance at the time the payment is successfully received by PayPal.

    b. **Canadian Bank Accounts.** Canadian users may use their bank accounts to fund payments. To use your bank account to fund payments, you must log in to your PayPal account and add a bank account. By adding your bank account, you authorize PayPal to make two small deposits, at PayPal's own expense, to the bank account that you registered. Once you have confirmed your bank account, your bank account (Instant Transfer) becomes PayPal's default payment method. If you would like to fund your payment with an alternate method, click on the "More Funding Options" link on the Send Money Confirmation page. Once you have added a Canadian bank account, you may use that bank account to add funds to your PayPal account from the Add Funds subtab of the My Account tab. Adding and confirming a Canadian bank account does not affect your Verification status. PayPal reserves the right to decide that accounts at certain banks may not be used to fund payments.

3. **Entering Expanded Use Numbers.** PayPal requires all Non-U.S. Users and some U.S Users to complete an additional process to establish their membership with PayPal. This process consists of an Expanded Use Fee charged to the User's credit card, debit card, or bank account that is associated with a randomly generated, unique 4-digit Expanded Use Number. PayPal provides a page in the User's account for the User to enter this Expanded Use Number when it is received via the User's physical monthly card statement, or via online access to the card statement, or via the User's physical monthly bank statement, or via online access to the bank statement. PayPal strongly discourages users from calling their financial institutions in order to obtain PayPal Expanded Use Numbers before receiving their monthly statement in the mail or online. If PayPal receives a complaint from Visa, MasterCard, Discover, American Express, or a financial institution regarding a User's repeatedly calling that financial institution to obtain PayPal Expanded Use Numbers, that User's PayPal account will be closed permanently. This Expanded Use Fee may not be disclosed expressly at the time it is made.

4. **Right of Recipient to Refuse Payment.** When you send a payment to a third party through PayPal, the recipient is not required to accept the payment, even if the recipient is already registered with PayPal. The recipient is free to return payments or, in some cases, to use the PayPal system to deny payments that you have sent. You acknowledge that PayPal will not be liable for any damages resulting from a recipient's decision not to accept a payment made through PayPal. Any payments through PayPal that are denied or unclaimed by a recipient will be returned to the sender on the earlier of (a) the date of such denial, or (b) within 30 days from the date the payment is sent.

5. **Choice of Funding Sources.** PayPal reserves the right to limit an account-holder's choice of funding sources for any individual payment based on analysis performed through proprietary risk modeling systems. When PayPal decides to limit funding source choices, the account holder will be alerted to the higher-than-normal level of risk associated with the payment. If PayPal determines that there is a higher-than-normal level of risk, this is not an indication that either party in the transaction is acting in a dishonest or fraudulent manner: it is merely an indication that the combination of variables in the transaction has alerted PayPal that the potential for payment repudiation is unacceptable. The account-holder may choose to continue with the transaction using the available funding sources (if any), with the understanding that he or she may be accepting an additional level of transactional risk. Thus, the account holder may have fewer avenues

available for dispute resolution should the transaction turn out to be unsatisfactory. For more information about protecting yourself from the risks associated with online transactions, please visit PayPal's Security Center.

6. **Removal of Expired Credit Cards.** PayPal views expired credit cards as an invalid funding source and reserves the right to remove expired credit cards from your account. PayPal will notify you via email that your credit card has been removed from your account because of an invalid expiration date. You may re-add the card once a valid expiration date is obtained.

7. **Multiple Currencies.** PayPal's Multiple Currencies feature allows users to send payments in U.S. Dollars, Canadian Dollars, Euros, Pounds Sterling, Yen or Australian Dollars. Multiple Currencies is currently available for all payments made using the regular Send Money service. You do not need to maintain a balance in the currency in which you would like to send the payment, but may choose the currency at the time of payment. If you are making a payment in a currency in which you already maintain a balance, the funds for the payment will first be withdrawn from the balance you already hold in that currency. Additional funds required for the payment will be withdrawn first from any other PayPal balance you maintain, and then from the funding source of your choice.

If your PayPal balance(s) do not cover the full amount of your payment, and you hold a credit card denominated in the currency of the payment, that credit card will be charged for the remainder of the payment. If your PayPal balance(s) do not cover the full amount of your payment, and you do not hold a credit card denominated in the currency of the payment, but you do hold a credit card denominated in one of the currencies supported by the Multiple Currencies feature (that is, U.S. Dollars, Canadian Dollars, Euros, Pounds Sterling, Yen or Australian Dollars) your credit card will be charged in that currency. If your PayPal balance(s) do not cover the full amount of your payment, and you neither hold a credit card denominated in the currency of the payment nor in any of the currencies supported by the Multiple Currencies feature (that is, U.S. Dollars, Canadian Dollars, Euros, Pounds Sterling, Yen or Australian Dollars), your credit card will be charged in the currency of your payment. If you hold a U.S. PayPal account or are using an American Express card to fund your payment, your card will always be charged in US Dollars.

**Before you complete the payment, PayPal will display the current exchange rate for any funds you are sending which are not currently held in the currency of the payment.**

In addition, the recipient of your payment does not need to maintain a PayPal balance in the currency in which you are sending the payment. For additional information about receiving Multiple Currencies payments, please see Receiving Payments: Multiple Currencies, below.

## II. Receiving Payments

1. **Receipt of Credit Card Funded Payments.** The ability to receive credit card funded payments is reserved for Premier and Business accounts. Personal Accounts that receive credit card funded payments may accept the payment by upgrading to a Premier or Business account, or they will have to deny the payment. Personal accounts may receive non-credit card funded payments for free. Once upgraded, Premier and Business Accounts may receive unlimited credit card funded payments. Payments funded wholly or partially by a credit card are classified as credit card payments in the PayPal system.

2. **Receipt of Payments; Risk of Reversal of Transactions; Collection of Funds you owe PayPal.** When you receive a payment through the Service, unless you follow the steps necessary to qualify for our Seller Protection Policy, you are not protected against a subsequent reversal of the transaction. In the event that the sender's transaction is reversed for any reason and you do not qualify for the Seller Protection Policy for that transaction, you will owe PayPal for the amount of the reversed transaction plus any fees imposed on PayPal as a result of the reversal. Examples of such a reversal include, but are not limited to, a credit card reversal by the sender of the payment, and a reversal of the transaction because the sender of the payment was using a stolen credit card or unauthorized bank account. PayPal

will seek to recover the funds from you by debiting your PayPal balance and, if there are not sufficient funds in your PayPal balance, PayPal reserves the right to collect your debt to PayPal by any other legal means.

PayPal reserves the right to ask a recipient of a payment for further authentication or other information in order for him or her to accept it. Users who receive more than $10,000.00 USD in payments during a single month may be required to provide PayPal with additional information.

3. **Personal Account Receiving Limit.** If you have a Canadian, U.S., or U.K. Personal account, you are limited to receiving no more than the equivalent of $500.00 USD each month, based on the primary currency of your PayPal account. Only eBay, auction, and Website Payments (e.g. Buy Now Buttons, PayPal Shopping Cart, or Subscriptions payments) will count against your Receiving Limit. The equivalent Receiving Limits are as follows:

| Currency of Primary Balance | Receiving Limit |
|---|---|
| U.S. Dollars | $500.00 USD |
| Canadian Dollars | $650.00 CAD |
| Euros | €400.00 EUR |
| Pounds Sterling | £250.00 GBP |
| Yen | ¥56,000 JPY |
| Australian Dollars | $1,250.00 AUD |

This $500.00 USD cap is based on the account sign-up date, and is reset each month. Once you have reached your monthly limit, the payment will have a Pending status, and you will need to upgrade to a Premier or Business account to accept the payment. If a payment is Pending based on your having reached your Receiving Limit and your limit is reset, the payment will remain Pending until you have upgraded your account or denied the payment. If you refund a payment, your Receiving Limit will not be reset for the amount of the payment.

PayPal account holders may not deceive buyers as to the nature of their account. That is, if you advertise on a listing that you accept credit card payments through PayPal, you must have a Premier or Business PayPal account or be willing to upgrade from a Personal PayPal account to a Premier or Business PayPal account when you receive your first credit card-funded payment.

PayPal account holders may not split payments between a Personal PayPal account and a Premier or Business PayPal account by directing buyers paying with credit card to pay their Premier or Business account and buyers paying with PayPal balance or bank account to pay their Personal account. Any business payments that are split and made to a Personal account will be subject to fees applicable to a Business or Premier account. Personal accounts are for personal use only. If you would like to do business through your PayPal account, you must use a Premier or Business account.

III. **Refund.** In the first sixty (60) days after a payment has been sent, the recipient has the option of refunding all or part of the payment received by clicking on the "Refund" link on our website. If the transaction is refunded in full, all transaction fees will be refunded and the payment will be reversed. If a partial refund is issued, the recipient will only owe a transaction fee based on the payment amount received and unrefunded. The recipient may issue any number of partial refunds for the payment within the first 60 days, provided that the sum of all refund amounts is equal to or less than the total amount of the payment.

IV. **Withdrawals.**

1. **U.S. Users.** In order to withdraw funds that PayPal is holding in custody for you, you must confirm the email address that you registered by responding to a message that PayPal will send to that address when you have completed registration, and you must register a bank account or credit card with PayPal. New PayPal Users who signed up for a PayPal account after November 14,

2002 are required to complete two out of three authentication steps (confirm bank account, enter Expanded Use Number, confirm Social Security Number) in order to withdraw more than $500.00 USD per month. In addition, Users who signed up for a PayPal account on or before November 14, 2002 will be required to complete two of the three authentication steps described above in order to withdraw more than $500.00 USD per month for the first 120 days. Some accounts, at PayPal's discretion, may have this limit even after 120 days. Some accounts, at PayPal's discretion, may have lower limits until the authentication steps have been completed. Account limits, if any, can be viewed from the "View Limits" link on the Account Overview page. For fraud purposes, PayPal reserves the right to review large withdrawals before releasing the funds to you.

You may withdraw funds by direct deposit into your bank account or by physical check. To cover the cost of processing checks, PayPal charges $1.50 USD per check withdrawal. If a check is not cashed after 180 days from the date it was issued, the funds (minus the fee) will be returned to your PayPal account. Check withdrawals will not be sent to P.O. Box addresses. In addition, check withdrawals will only be sent to a Confirmed Address, unless you are Verified (as described in Section III.1 above), in which case you may choose any street address. If you would like a check withdrawal to an address that does not match these rules, you must contact Customer Service and produce appropriate documentation as determined by PayPal before a check will be sent to the requested address.

2. **Non-U.S. Users.** If you are a Non-U.S. User, you may only accept payments after you have registered a credit card with PayPal. If and when you have registered a credit card, the following rules apply to the withdrawal of any payments you receive through the Service.

All Non-U.S. Users who have a U.S. bank account located in the United States and registered it with PayPal may withdraw funds from their PayPal balance to that bank account once they have added a credit card and enrolling in the Expanded Use Program by confirming their email address and entering their Expanded Use Number. Canadian Users that have a U.S. bank account registered with their PayPal account will only be required to add a credit card to withdraw funds to that U.S. bank account. Non-U.S. Users in Australia, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Greece, Hong Kong, Ireland, Italy, Japan, Mexico, the Netherlands, New Zealand, Norway, Portugal, Singapore, South Korea, Spain, Sweden Switzerland, Taiwan and the United Kingdom who have become Verified (by confirming their email address, adding a credit card, and enrolling in the Expanded Use Program by successfully entering their Expanded Use Number) may register their local bank accounts with PayPal, and may then withdraw funds from their PayPal balance into their local bank accounts. For fraud purposes, PayPal reserves the right to review large withdrawals before releasing the funds to you.

Non-U.S. Users in India, China, Argentina, Brazil, Chile, Ecuador, Uruguay, and Jamaica may withdraw funds by physical check. To cover the cost of processing checks, PayPal charges a fee for check withdrawal – please see the Withdrawal Fees table. Checks will be issued in U.S. Dollars, except in India, where checks will be issued in Indian Rupees.

Checks to these 8 countries cannot be cashed; they must be deposited to a bank account for which the bank accountholder name matches the name on the check. If the name on your PayPal account is incorrect and does not match the name on the bank account to which you wish to deposit your check, you must correct it by contacting PayPal customer service before you initiate your withdrawal by check.

Checks to these countries will actually be bank drafts and will be funded by PayPal as soon as they are sent. As such, PayPal cannot stop a check withdrawal transaction once it has been requested. PayPal is not responsible for checks that are lost, missing or misaddressed by the customer. Your bank may charge fees for the deposit of these checks (e.g. if the currency of the check is different from your native currency); please check with your bank on any applicable fees before requesting a withdrawal by check from PayPal.

Non-U.S. Users in Anguilla, Costa Rica, Dominican Republic, Iceland, Israel,

Case 1:05-cv-00567-GMS   Document 25-2   Filed 01/30/2006   Page 25 of 44

Luxembourg, Malaysia, Monaco, Thailand, Turkey and Venezuela will not be able to withdraw funds from the PayPal system unless they have a U.S. bank account, and should therefore accept payments only if they expect to spend those funds using PayPal or if they have a U.S. bank account. Because of this limitation on withdrawals, non-U.S. Users in these 11countries must affirmatively accept each payment and will not be able to receive payments automatically.

Non-U.S. Users in some countries may not use the Service to receive payments, and may only use the Service to send payments. These countries are designated on the PayPal Non-U.S. Accounts page.

3. **Multiple Currencies.** When you use electronic funds transfer or a withdrawal by check, you can choose the currency balance from which you would like to withdraw the funds. If the currency of the PayPal balance from which you are withdrawing the funds differs from the currency of the bank account to which you are withdrawing the funds or the currency of the physical check if you are withdrawing by check, currency conversion rates will apply. Before you complete the withdrawal, PayPal will display the current exchange rate that will apply to the conversion.

V. **No Surcharges.** Under Visa, MasterCard, Discover and American Express regulations and the laws of several states, including California, merchants may not charge a fee to the buyer for accepting credit card payments (often called a "surcharge"). You agree that you will not impose a surcharge or any other fee for accepting PayPal as payment. This restriction does not prevent you from imposing a handling fee in connection with the sale of goods or services, as long as the handling fee does not operate as a surcharge (in other words, the handling fee for transactions paid through PayPal may not be higher than the handling fee for transactions paid through other payment methods).

VI. **Use of PayPal on eBay.** Sellers who offer PayPal as a payment option in their eBay listings (either via logos or through text in the item description) must accept all forms of PayPal payment including account balance, bank account transfer, and credit cards. Sellers must have a Premier or Business PayPal Account, or be willing to upgrade from a Personal PayPal Account to a Premier or Business Account if sellers receive a credit card payment. Sellers may not communicate to buyers that they only accept, or will not accept, specific forms of PayPal payment.

VII. **Multiple Currencies.** The Multiple Currencies feature allows you to maintain PayPal balances in any or all of the following currencies: U.S. Dollars, Euros, Pounds Sterling, Canadian Dollars, Yen or Australian Dollars. If you already maintain a balance in the currency in which you receive a payment, that payment will be automatically credited to that currency balance. You do not need to maintain a balance in a particular currency to accept payments sent in that currency. If you hold a Personal PayPal account, every time you receive a payment in a currency in which you do not maintain a balance, you will be asked to manually accept or deny that payment. Before you accept a payment, PayPal will display the current exchange rate.

If you hold a Premier or Business PayPal account, your default preference when you receive a payment in a currency in which you do not maintain a balance is that you will be asked to manually accept or deny that payment. Before you accept a payment, PayPal will display the current exchange rate. If you would like, you may set up your Payment Receiving Preferences in your Profile to do one of the following:

i. Automatically accept the payment and open a PayPal balance in that currency.

ii. Automatically accept the payment and convert it to the currency of your primary balance. Note: If you choose this option, the payment will be converted at the current exchange rate at that time.

iii. Automatically deny payments received in a currency in which you do not already maintain a PayPal balance.

iv. Continue to manually accept or deny payments received in a currency in which you do not already maintain a PayPal balance.

You can open and close currency balances, transfer funds between currency

Case 1:05-cv-00567-GMS   Document 25-2   Filed 01/30/2006   Page 26 of 44

balances, and change your Primary Currency from the Manage Currencies section of your Profile. Your Primary Currency is the currency which you designate as your home currency (i.e. the currency in which the value of other currency balances will be expressed). Your Primary Currency will remain U.S. Dollars unless you choose to make it a different currency.

VIII. **Additional Disclaimers for the use of the Multiple Currencies feature.**
Maintaining balances in multiple currencies and sending and receiving payments in currencies that differ from your Primary Currency entails additional risks. These key risks include (although this is not a comprehensive list):

a. If you maintain a balance in a currency other than your Primary Currency, the value of these additional balances will fluctuate as exchange rates change, which over time may result in a significant decrease or increase in the value as measured by the Primary Currency. The value of your non-primary currency balances will be displayed in terms of your Primary Currency at the current exchange rates on the PayPal system. By opening a balance in a currency other than your Primary Currency, you acknowledge that it is your responsibility to monitor the fluctuations or exchange rates, and that any perceived loss from these fluctuations will be borne by the funds in your PayPal account, and are in no way the responsibility of PayPal.

b. When you initiate a transaction in which a currency conversion must take place (when you are sending a payment using Multiple Currencies, accepting a payment in a currency in which you do not maintain a PayPal balance, withdrawing funds from your PayPal account, or transferring funds between currency balances within your PayPal account), PayPal will display the exchange rate for the conversion. By completing the transaction, you agree to the exchange rate displayed. If the payment has to be returned or reversed at a later time, PayPal will re-convert the funds to the original currency, but will use the prevailing exchange rate at the time of the return or reversal.

In addition, if you hold a Premier or Business PayPal account and you set your Payment Receiving Preferences to take payments received in a currency in which you do not maintain PayPal balance and automatically accept and convert those funds to your Primary Currency, you are agreeing to use the prevailing exchange rate at the time of the conversion.

c. As long as you maintain an open balance in a specific currency, all payments received in that currency will automatically be credited to that PayPal balance.

d. In the event that one of the currency balances in your PayPal account becomes negative, PayPal retains the right to offset the negative balance using funds maintained in a different currency balance.

PayPal may use funds held in any currency balance to recover amounts owed to PayPal due to chargebacks or for any other reason. (A chargeback, or reversal, occurs when a buyer rejects or reverses a charge on his or her credit card.) In addition, funds from payments received will first be diverted to make up any negative currency balance regardless of your Payment Receiving Preferences. PayPal will forcibly convert all negative balances to the U.S. Dollar balance after the account has maintained a negative balance for 21 consecutive days. The above referenced negative balance does not include negative balances which result from a pending reversal where PayPal has yet to conclude its investigation of the situation.

If one of the currency balances in your PayPal account becomes negative, PayPal will divert funds from any withdrawals you make (whether you withdraw by check, electronic funds transfer, or your PayPal Debit Card) to make up the negative balance before allowing you to withdraw the funds.

e. The Multiple Currencies feature is designed to facilitate online payments. You agree not to attempt to use the Multiple Currencies for speculative trading. Because the exchange rates that you will be assessed for currency conversion include PayPal's conversion and risk fee, any attempt to use the product for exchange trading will, in all likelihood, result in losses.

IX. **Authorizing Payments for Delayed Processing by Merchants.**
a. When a merchant processes a payment you have authorized, PayPal will

always attempt to use the USD funds in your PayPal balance before the funding sources you select at the time of authorization.

b. With your consent, the merchant may change your final purchase price if the total amount changes due to taxes, shipping charges, item availability, item additions, or other conditions that you agree upon with your merchant.

c. The Backup Funding Source that you select at the time of purchase can also be used to cover the cost of an increase to your payment amount between the time a payment is initially authorized and the time your payment is processed.

d. If you are enrolled in the Money Market Reserve Fund, any balance funds placed on hold as the result of authorizing a payment to a merchant will not accrue Money Market interest for the duration they are placed on hold.

e. A payment that you authorize to a merchant is valid for a variable period. The length of the authorization period depends on the terms that PayPal has set for your merchant.

f. Your funds will not be transferred to the merchant until the merchant processes the payment.

g. Merchants must obtain your consent for any change to your payment between the time of authorization and the time your payment is processed.

About | Accounts | Fees | Privacy | Security Center | Contact Us | User Agreement | Developers | Jobs |
Buyer Credit | Referrals | Shops | Mass Pay

**PayPal, an eBay company**

Copyright © 1999-2005 PayPal. All rights reserved.
Information about FDIC pass-through insurance

# Exhibit 4



Sign Up | Log In | Help

| Welcome | · | Send Money | Request Money | Merchant Tools | Auction Tools |

## Closing Accounts and Limiting Account Access

This Policy was last modified on February 7, 2003.

1. **In general.** In addition to the rights laid out in section 7.2 of the User Agreement, PayPal, at its sole discretion, also reserves the right to limit access to sending money or making withdrawals from an account for any one of the events listed below.

2. **If your Account Access is Limited.** If the dispute covers only a specific transaction, we will only limit access to funds related to that particular transaction. If your account access has been limited, you will be notified by e-mail and requested to provide information relevant to your account. PayPal will investigate the matter promptly. If the investigation is in your favor, we will restore access to your account. If the investigation is not in your favor, PayPal may return funds to the sender and restore access to the remainder of your account, continue to limit your account access for up to 180 days as is necessary to protect PayPal against the risk of reversals, or may close your account by giving you notice and mailing a check for any funds in your account (minus funds that are in dispute) to the address that you have provided. If you are later determined to be entitled to the funds in dispute, PayPal will make an additional payment of those funds to you. Any of the following events may lead to your account being limited:

   i. Reports of unauthorized or unusual credit card use associated with the account including, but not limited to, notice by the card issuing bank. This includes notices made by you to your credit card company that a transaction was unauthorized or your account compromised, and is done in order to protect you from further unauthorized use of your card;

   ii. Reports of unauthorized or unusual bank account use associated with the account;

   iii. Abuse by a buyer of the reversal process provided by the buyer's issuing bank;

   iv. Consistent failure to pursue the Buyer Complaint Process described below before pursuing any alternate reversal process provided by the buyer's issuing bank;

   v. Complaints received regarding non-shipment of merchandise, non-delivery of services, merchandise not as described, or problems with merchandise shipped;

   vi. Initiation by a buyer of a reversal process through the buyer's issuing bank without first pursuing the Buyer Complaint process described below;

   vii. Receipt of potentially fraudulent funds;

   viii. Excessive disputes or reversals, or attempts to "double dip" by receiving funds in a dispute both from PayPal and through a reversal or a refund from the seller;

   ix. Refusal to cooperate in an investigation or provide confirmation of identity when requested;

   x. Initiation of transactions considered to be cash advances or assisting in cash advances (not including the use of the PayPal debit card);

   xi. Sending unsolicited email or posting referral links on websites where they are not permitted;

   xii. Opening multiple Personal accounts;

xiii.   The account has been used in or to facilitate fraudulent activity;

xiv.   Violations of this User Agreement;

xv.   Name on the bank account associated with the PayPal account does not match the name on the PayPal account;

xvi.   Return of an incoming Electronic Funds Transfer for insufficient funds in the bank account, incorrect bank routing number, or incorrect bank account number;

xvii.   Use of an anonymizing proxy;

xviii.   Participating in prohibited transactions and activities, including but not limited to multi-level marketing programs, gifting clubs and other pyramid schemes, and listing items for sale that have a delayed delivery date of 20 days or more after the transaction list, and other activities that are prohibited in Part II of this Agreement;

xix.   Reports from credit agencies of a high level of risk;

xx.   Receipt by PayPal of excessive complaints regarding your account, business or service; and/or

xxi.   Logging in from a country not included on PayPal's permitted countries list.

PayPal will use reasonable efforts to investigate accounts that are subject to account access limitations and to reach a final decision on the limitations promptly.

**PayPal, an eBay company**

Copyright © 1999-2005 PayPal. All rights reserved.
Information about FDIC pass-through insurance

10/23/2005 11:26 PM

# Exhibit 5

Anyone reading the PayPal settlement can see that the settlement is plainly unacceptable because:

1) Attorneys win millions, but anyone PayPal damaged will get little or nothing.
2) The settlement would allow PayPal to block almost ANY legal claim by ANY PayPal user.
3) The TRUE settlement amount- less than $4 million after attorneys' fees and taxes!- is inadequate and amounts to:
   a) less than 0.008% of the company's current net worth- over $50 billion;
   b) less than 0.2% of the company's gross profit last year of $1.75 billion;
   c) less than 0.2% of the company's total cash of $2.14 billion.
4) The claims process is unfair and incompetently administered.

If you agree with these objections (detailed below), PLEASE SEND AN EMAIL to PayPalSettlementStinks@yahoo.com with your real name AND PayPal user name so that I can let the judge know that a significant number of class members agree with these objections.

If you agree with these objections, YOU WILL STILL BE ENTITLED TO RECOVER MONIES FROM THE SETTLEMENT AND YOU WILL NOT WAIVE ANY RIGHTS.

Here are the details of each of my objections:
1) ATTORNEYS GET MILLIONS, BUT ANYONE PAYPAL DAMAGED WILL GET LITTLE OR NOTHING

The settlement provides that the plaintiffs' attorneys will receive $3.49 million in fees and expenses, in cash and with no contingencies. However, there is practically no way to determine what persons covered by the settlement will receive. Moreover, the administration of the settlement has thus far hindered any effort to clarify what any individual claimant might receive. This is unacceptable because someone who would submit a claim if she expects to receive, say, $50 might not submit a claim, or might submit a claim differently (i.e., as a different category of claimant), or might exclude herself from the settlement, if she expects to receive less than a dollar.

We can make some extremely rough estimates about what claimants will actually receive. PayPal has nearly 50 million account members. Assuming that only 1% of these members make claims (a very conservative figure given the percentage of class members making claims in previous settlements reached by the plaintiffs' attorneys here), the total number of claims would be 500,000. Let's further assume that the breakdown of claims will be as follows: 5% Long Form Claimants, 35% Short Form Claimants, and 60% Statutory Damage Claimants. (We can't know the current breakdown because THE SETTLEMENT ADMINISTRATOR REPEATEDLY IGNORED OUR REQUESTS FOR THIS INFORMATION.) Based on this breakdown, Long Form Claimants would each receive about $86.00, Short Form Claimants would each receive about $12.29, and Statutory Damage Claimants would each receive about $3.33. (These amounts are NOT adjusted to reflect taxes- for more on this see the section below calculating the TRUE settlement amount.)

These amounts are inadequate on their face. As the plaintiffs' operative complaint alleges, members of the putative class have been damaged in a variety of ways. Their

accounts have been frozen without notice or any semblance of due process.  Their small businesses have been interrupted or even destroyed.  They have missed opportunities due to restricted or terminated accounts.  They have sought in vain to figure out why PayPal was restricting or terminating their accounts. Because lead lawyers have not made an adequate effort to estimate the number of claimants, the class notice fails to estimate the potential size of the aggregate damages experienced by the class, or the potential aggregate recovery for individual plaintiffs.  As shown below, the lead lawyers are keeping quiet to better their chances for an easy payday.

Many, but not all, of the adversely-affected class members did not suffer enough damage to justify the cost of hiring attorneys, and in that respect the class mechanism makes sense under these circumstances.  However, the lead lawyers for the class apparently made no effort to separate those with small claims from those with substantial claims.  It does not appear that the lead lawyers made any attempt to ascertain sub-classes of plaintiffs and prosecute this case on behalf of each sub-class.  As other mass tort lawyers have discovered in fen-phen and asbestos litigation, there are alternative solutions to proceed to trial with sub-classes of plaintiffs.  The egregiousness of PayPal's behavior here would astonish any jury and likely yield punitive damages (where available) far in excess of compensatory damages.  However, the lead lawyers apparently did not consider taking any sub-classes of plaintiffs to trial.  By casting the widest net possible in its class definition, the lead lawyers have done a disservice to millions of PayPal account members who have viable and valuable claims that will be released with this inadequate settlement.  PayPal will obtain through the proposed settlement a release against those with no claim at all, or less than $10 in potential recovery, as well as those who may have $10,000 claims.

Due to the variety of misconduct on a massive scale, class members are entitled to legal remedies under federal statutes, state consumer protection statutes and the common law. Some of these legal remedies provide TREBLE DAMAGES or PUNITIVE DAMAGES. However, empowered by the proposed settlement, PayPal will silence the potential tsunami of claims by causing millions of potential class members to release all their potential claims with one relatively minor payment.

Almost as important, the class notice completely fails to show what potential claimants might receive based on different assumptions- such as the number of total claimants and the breakdown of claimants.  Informative tables, which could have been included in the class notice or on the settlement website, could have been as simple as the following:

**5/35/60 Breakdown – all amounts are pre-tax**

| # claimants | 5% Long Form | 35% Short Form | 60% Statutory Damages |
|---|---|---|---|
| 100,000 | $430.00 | $61.43 | $16.67 |
| 300,000 | $143.33 | $20.48 | $5.56 |
| 500,000 | $86.00 | $12.29 | $3.33 |
| 1,000,000 | $43.00 | $6.14 | $1.67 |
| 1,500,000 | $28.67 | $4.10 | $1.11 |
| 3,000,000 | $14.33 | $2.05 | $0.56 |
| 5,000,000 | $8.60 | $1.23 | $0.33 |
| 10,000,000 | $4.30 | $0.61 | $0.17 |

**10/40/50 Breakdown – all amounts are pre-tax**

| # claimants | 10% Long Form | 40% Short Form | 50% Statutory Damages |
|---|---|---|---|
| 100,000 | $215.00 | $53.75 | $20.00 |
| 300,000 | $71.67 | $17.92 | $6.67 |
| 500,000 | $43.00 | $10.75 | $4.00 |
| 1,000,000 | $21.50 | $5.38 | $2.00 |
| 1,500,000 | $14.33 | $3.58 | $1.33 |
| 3,000,000 | $7.17 | $1.79 | $0.67 |
| 5,000,000 | $4.30 | $1.08 | $0.40 |
| 10,000,000 | $2.15 | $0.54 | $0.20 |

**15/45/40 Breakdown – all amounts are pre-tax**

| # claimants | 15% Long Form | 45% Short Form | 40% Statutory Damages |
|---|---|---|---|
| 100,000 | $143.33 | $47.78 | $25.00 |
| 300,000 | $47.78 | $15.93 | $8.33 |
| 500,000 | $28.67 | $9.56 | $5.00 |
| 1,000,000 | $14.33 | $4.78 | $2.50 |
| 1,500,000 | $9.56 | $3.19 | $1.67 |
| 3,000,000 | $4.78 | $1.59 | $0.83 |
| 5,000,000 | $2.87 | $0.96 | $0.50 |
| 10,000,000 | $1.43 | $0.48 | $0.25 |

However, plaintiffs' counsel knew or should have known that such information would dissuade many class members from accepting the settlement or making a claim. This materially misleading nondisclosure has artificially depressed the number of objectors as well as the number of class members choosing to exclude themselves.

## 2) THE SETTLEMENT WOULD ALLOW PAYPAL TO BLOCK ALMOST ANY LEGAL CLAIM BY ANY PAYPAL USER

PayPal's parent company made a gross profit of $1.75 billion last year, or $4.79 million per day. In other words, at this rate it will take less than 2 days for PayPal's parent company to receive enough profit to pay for this entire settlement.

In return, PayPal will receive a broad release covering about 40 million account members. Under the settlement agreement, class members who do not exclude themselves from the settlement release "any and all claims, demands, rights, liabilities, and causes of action of every nature and description whatsoever, known or unknown, matured or unmatured, at law or in equity, existing under federal or state law" against PayPal.

This settlement releases everything but the kitchen sink in return for payments that are nominal from PayPal's perspective as well as from the perspective of individual class members. The public policy of allowing defendants to buy complete peace in the legal system must be disregarded here because this settlement gives to PayPal a priceless tool against countless plaintiffs. Just as PayPal's abuse of mandatory arbitration was observed and ruled against by the judge in this case, PayPal's attempt to purchase a limitless release at a bargain price, in collusion with the lead attorneys here, should be rejected.

Plaintiffs and defendants should continue to litigate this important case until a more satisfactory outcome can be reached. At the very least, the issue of class

certification should be decided by the judge.  If class certification is rejected, then the case will effectively end, but at least the individual claims of class members will not be released.  If the class is certified, then plaintiffs will wield considerably greater leverage with which to proceed to trial or negotiate a superior settlement.  If the lead lawyers concede that they do not believe they can win class certification, then the Court should appoint other lead lawyers better able to handle this task.  However, the current settlement splits the baby at best.  At worst, PayPal will pay a nominal amount to end the case and at the same time obtain a general release covering tens of millions of account members, a priceless weapon in countless pending and potential disputes.  Notably, even if a future dispute is not covered by this release, PayPal will likely assert that the dispute has been released (just to be on the safe side).

This case was initiated because of PayPal's callous treatment of its members, including unilaterally freezing accounts without any reasonable basis or due process, ignoring complaints, and other assorted misconduct.  The release this settlement offers to PayPal will exacerbate these concerns, not alleviate them.  More than ever, PayPal will be able to tell its users to go to hell.


3) THE TRUE SETTLEMENT AMOUNT- LESS THAN $4 MILLION AFTER ATTORNEYS' FEES AND TAXES!- IS INADEQUATE

The average federal tax rate of US taxpayers is about 15%. State income tax rates are as high as 10% in California or New York, among others, but let's just add 5% to the federal rate to assume an average combined tax rate of 20%.

Unfortunately, current tax law does not permit individuals to deduct attorneys' fees. Settlement payments are taxed BEFORE the attorneys' fees are paid. Thus, a settlement payment of $100 minus 20% in taxes is $80, and if attorneys' fees are $30, then the total received is $50 after attorneys' fees and taxes.

In our case, the aggregate settlement payment is $9.25 million, of which $3.49 million are for attorneys' fees and expenses. The tax due is roughly 20% of the $9.25 million, or $1.85 million, and after subtracting attorneys' fees and expenses, the total amount to be received by all class members will be $3.91 million.

Nowhere in the class notice is this impact of taxes described. Not once does the class notice or the settlement website mention that the total amount to be received by all class members will be reduced by 57.7% once taxes and attorneys' fees are figured in. Instead, the lead attorneys seek to take credit for achieving a $9.25 million settlement, even though the REAL benefit to be distributed to class members will be $3.91 million at most. Clearly, the absence of the significant impact of taxes constitutes at least a materially misleading nondisclosure in the class notice and reaffirms the inadequacy of the settlement.

The class notice also fails to advise potential members of the class of the size of the settlement as compared to various informative metrics. Defendants' ability to pay is a significant factor in any decision by plaintiffs to settle, and here the immense financial capacity of PayPal's parent weighs against the adequacy of the settlement.  As described above, the true settlement amount- less than $4 million after attorneys' fees and taxes-amounts to:

     a)  less than 0.008% of the company's current net worth- over $50 billion;
     b)  less than 0.2% of the company's gross profit last year of $1.75 billion;

c)   less than 0.2% of the company's total cash of $2.14 billion.

The class notice offers none of this information, which would allow class members to assess the adequacy of the settlement against defendants' ability to pay.


## 4) THE CLAIMS PROCESS IS UNFAIR AND INCOMPETENTLY ADMINISTERED


## CONCLUSION

For all the foregoing reasons, the proposed settlement leaves much to be desired (see suggested improvements below) and leaves numerous unanswered questions (see some unanswered questions below).  Unless the judge reviewing the fairness of this settlement can get complete and satisfactory answers to all these questions and correct the deficiencies of the settlement, perhaps through the suggested improvements offered below, then the settlement should be rejected and the lead attorneys' request for fees must be denied.

## UNANSWERED QUESTIONS

If there are over 2.15 million valid Short-Form claims, then the award per claimant would be less than one dollar- but according to the settlement, no amount under a dollar will be awarded.  Apparently, the entire Short-Form Fund would then shift over to the Long-Form Fund.  But what if the aggregate amount awarded to all Long-Form claimants is less than $4.3 million (the combined amount allocated to Long-Form and Short-Form claims)?

If there are over one million Statutory Damages claims, then the award per claimant would be less than one dollar- but according to the settlement, no amount under a dollar will be awarded.  What would then happen to the $1 million of the settlement fund allocated to Statutory Damages Claimants?

## SUGGESTED SETTLEMENT IMPROVEMENTS

Reject the settlement and instruct the parties to litigate class certification.

Reject the settlement and appoint new lead counsel for sub-classes.

Restrict the release to class members with claims less than $100.

Add contingencies to attorneys' fee award.

Do not allow the settlement to release PayPal from claims by Long-Form Claimants whose claims are rejected by the arbitrator.

For Long Form Claimants, restrict the release to Long Form Claimants with claims less than thrice the average award to Long Form Claimants. Thus, if Long-Form Claimants receive on average $100, then all potential claims by Long-Form Claimants would be released EXCEPT for those with claims exceeding $300.

Reject the settlement unless PayPal agrees to pay attorneys' fees separate from and on top of the $9.25 million settlement amount.

Reject the settlement unless PayPal agrees to withdraw the $1.00 fee for handling and sending checks for claim awards and pay for said expense on its own.

Postpone the settlement until the lead lawyers and settlement administrator communicate to potential class members the procedure and rules for Long-Form Claimants.

Postpone the settlement until the lead lawyers and settlement administrator communicate to potential class members updated information on the breakdown of claims on an ongoing basis.

Postpone the settlement until the lead lawyers and settlement administrator communicate to potential class members estimates of claim awards based on various inputs (number of total claimants and the breakdown of claimants).

# Exhibit 6

MILBERG WEISS

Seth D. Rigrodsky
Direct Dial: DE: 302-984-3201
                NY: 212-631-8679
srigrodsky@milbergweiss.com

March 18, 2005

**VIA LEXISNEXIS FILE & SERVE**
**AND HAND DELIVERY**

The Honorable Stephen P. Lamb
Vice Chancellor
Court of Chancery
New Castle County Courthouse
500 North King Street, Suite 11400
Wilmington, DE 19801

> Re:    *In re J.P. Morgan Chase & Co. Shareholder Litigation*
>        *Consol. C.A. No. 531-N*

Vice Chancellor Lamb:

   We write in response to Joseph N. Gielata's letter to the Court, dated March 17, 2005. For the reasons stated below, the Court should disregard Mr. Gielata's letter in its entirety. We decline to address the substance of Mr. Gielata's arguments, but will do so should the Court deem it appropriate.

   Mr. Gielata formerly was associated with Milberg Weiss and worked on this case. He left the firm on February 18, 2005, and no longer represents any party to this action. Mr. Gielata's client in the federal action has not sought to intervene in this case. Accordingly, Mr. Gielata has no standing to ask the Court to dismiss the action, or to seek any other relief. For this reason alone, his letter should be rejected.

   More disturbing, however, Mr. Gielata's actions in opposing his own former clients constitute a violation of the Rules of Professional Conduct, in particular Rule 1.9 (Duties to Former Clients). We note the following facts, none of which Mr. Gielata disclosed in his letter:

**Milberg Weiss Bershad & Schulman LLP**
919 N. Market Street · Suite 411 · Wilmington, DE 19801 · 302-984-0597 · Fax 302-984-0870 · www.milbergweiss.com
NEW YORK   ·   BOCA RATON   ·   WILMINGTON   ·   SEATTLE   ·   WASHINGTON, D.C.

The Honorable Stephen P. Lamb
March 18, 2005
Page 2

1.      While at Milberg Weiss, Mr. Gielata was actively involved, as one of the attorneys for Plaintiffs, in developing and litigating this action. (A Notice of Attorney Substitution removing Mr. Gielata's name from the list of counsel for Plaintiffs was filed February 17, 2005.)

2.      Among other things, Mr. Gielata helped prepare and appeared on the various pleadings filed by Plaintiffs, including the original Complaint, filed June 30, 2004; the Consolidated Class Action Complaint, filed September 2, 2004; Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Stay Discovery, filed September 27, 2004; and Plaintiffs' Answering Brief in Opposition to Defendants' Motion to Dismiss, filed December 10, 2004.

3.      Mr. Gielata also appeared in Court, on behalf of Plaintiffs, at the argument on Defendants' motion to dismiss, on January 13, 2005, and at the argument on Defendants' motion to stay discovery, on October 5, 2004.

4.      Mr. Gielata now argues (at page 5 of his letter) that the consummation of the merger of J.P. Morgan Chase & Co. and Bank One Corp. on July 1, 2004 divested this Court of jurisdiction; yet, months later he appeared on pleadings filed with this Court, under the strictures of Chancery Court Rule 11, and participated at oral argument.

5.      As one of the attorneys at Milberg Weiss actively involved in the development and prosecution of this action, Mr. Gielata was privy to confidential attorney work-product.

6.      In blatant disregard of his duty of loyalty to his former clients, Mr. Gielata is now attacking the very case on which he worked as recently as one month ago. Mr. Gielata has not sought the consent of either my firm or his former client to his representation of a new plaintiff in the federal action.

We leave to the Court to consider what action it might wish to take with respect to Mr. Gielata's serious breaches of his responsibilities as a member of the Delaware Bar and an officer of this Court. We are especially concerned that Mr. Gielata's continued pursuit of his action in the United States District Court, in conflict with the interests of the clients he previously represented, may create confusion in the markets in light of the notice and other procedures mandated by the Private Securities Litigation Reform Act of 1995.

Milberg Weiss Bershad & Schulman LLP

The Honorable Stephen P. Lamb
March 18, 2005
Page 3

As always, we are available if Your Honor has any questions or concerns.

Respectfully,

Seth D. Rigrodsky
(DSBA #3147)

SDR:srs

cc:    Joseph N. Gielata, Esq. (via fax:  (302) 792-0777)
       Jesse A. Finkelstein, Esq. (via LexisNexis File & Serve)
       Joshua M. Lifshitz, Esq. (via LexisNexis File & Serve)
       Andrea L. Rocanelli, Esq. (via hand delivery)
       Richard H. Weiss, Esq. (via e-mail)

Milberg Weiss Bershad & Schulman LLP

# Exhibit 7

*135*

## RULE 9 WARRANT/BOTH

### IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | |
| V. | ) | INDICTMENT BY THE GRAND JURY |
| | ) | I.D.#0506021946 |
| JOSEPH N. GIELATA | ) | #0507018523 |
| WAYNE CHEN | ) | |

The Grand Jury of New Castle County charges JOSEPH N. GIELATA AND WAYNE

CHEN with the following offenses;

### COUNT I. A FELONY

#N_____

#N_____

THEFT in violation of Title 11, Section 841 of the Delaware Code of 1974, as amended.

JOSEPH N. GIELATA AND WAYNE CHEN, on or between November 25, 2003 and

December 24, 2003, in the County of New Castle, State of Delaware, did take, exercise control

over, or obtain, pursuant to a common scheme, United States Currency or other miscellaneous

property valued in excess of $1,000.00, belonging to Pay Pal, Inc., or another business or person,

intending to deprive that business or person and/or the owner of the property, or to appropriate it.

### COUNT II. A FELONY

#N_____

#N_____

CONSPIRACY SECOND DEGREE in violation of Title 11, Section 512 of the Delaware

Code of 1974, as amended.

JOSEPH N. GIELATA AND WAYNE CHEN, on or between November 25, 2003 and December 24, 2003, in the County of New Castle, State of Delaware, when intending to promote or facilitate the commission of the felony of Theft, did agree with each other and/or Geoffrey Keston, to aid each other or another person or persons in the planning or commission of the felony or an attempt or solicitation to commit the felony, and one of them or another person, with whom they conspired, did commit an overt act in pursuance of the conspiracy.

A TRUE BILL

_____
FOREPERSON

ATTORNEY GENERAL

DEPUTY ATTORNEY GENERAL