# JOSEPH N. GIELATA
ATTORNEY AT LAW
501 SILVERSIDE ROAD NO. 90
WILMINGTON, DELAWARE 19809

Joe@gielatalaw.com
t 302 798 1096
f 302 397 0730

February 3, 2006

**VIA ECF**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 N. King Street, Lockbox 19
Wilmington, DE  19801

      Re:    *Gielata v. Rocanelli, et al.*, **Civil Action No. 05-567 GMS**

Dear Judge Sleet:

    A recent Third Circuit decision compels me to bring a potential conflict issue to the Court's attention.  In *Springer v. Henry*, the Court observed:

> We are mindful in our review of whether there was sufficient evidence to support the punitive damages award of the possible conflict of interest the Delaware Department of Justice has in representing Henry regarding this specific issue. A letter from Springer's counsel to the Department of Justice offering to settle the pending matter on appeal references a formal opinion authored by the Delaware Attorney General which explained that state law bars Delaware from paying any portion of a civil judgment against a state official if a jury finds that official is liable for punitive damages. App. at 1954-56. Thus, the practical effect of the punitive damages award in this case would render Henry individually liable for the entire amount. As a result, we note the possible disincentive for the State to represent Henry zealously with respect to the punitive damages award.
>
> In this case, Appellant's voluminous brief devotes two cursory sentences to its analysis that the record is insufficient to support a punitive damages award. *See* Appellant's Br. at 54.  We do not suggest that the State intentionally omitted arguments regarding the punitive damages award; rather, we raise the issue to note our

The Honorable Gregory M. Sleet
February 3, 2006, page 2

>       concern over the possibility of a conflict. *See, e.g.,* Del.
>       Rules of Prof'l Conduct R. 1.7.  We urge the Delaware
>       Department of Justice to look into this issue in the future.

No. 04-4124, slip op. at 23 n.13 (3d Cir. Jan. 18, 2006) (attached hereto as Exhibit A).

    I am unaware of whether the Department of Justice has addressed the above-referenced issue.  Although both compensatory and punitive damages are sought in the instant action, I take no position as to whether the possible conflict identified by the Third Circuit merits disqualification.

                                             Respectfully,

                                             /s/ *Joseph N. Gielata* (DSBA #4338)

cc:     Clerk of Court
          Richard W. Hubbard, Esq.