# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

New Castle County
302-577-8303

February 7, 2006

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   Gielata v. Rocanelli
      C.A. No. 05-567-GMS

Dear Judge Sleet:

This is in response to Mr. Gielata's letter dated February 3, 2006, to Your Honor. Mr. Gielata noted the content of footnote 13, page 23 of the Third Circuit Court of Appeals' opinion in *Springer v. Henry*, No. 04-4124, slip op. (3d Cir. Jan. 18, 2006).

The Third Circuit's discussion in the footnote is based on a representation by Mr. Springer's counsel. However, the information from Springer's counsel referenced in the footnote was erroneous. There is no formal opinion of any Delaware Attorney General on this subject. To the extent it can be argued there is a conflict of interest, regardless of the existence of a formal Attorney General's Opinion, Your Honor can be assured there will be full disclosure of all possible conflicts to Ms. Rocanelli, and her agreement to continue our representation will be obtained, before we continue our representation of her. I personally do not believe there is any conflict of interest. Thank you.

Respectfully,

/s/  Richard W. Hubbard
Richard W. Hubbard
Deputy Attorney General

xc:   Joseph Gielata, Esq.
      Andrea Rocanelli, Esq.