IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-567-GMS |
| ) | |
| ANDREA L. ROCANELLI, individually and ) | |
| in her Official capacity as Chief Counsel of the ) | |
| Office of Disciplinary Counsel for the Supreme ) | |
| Court of Delaware; THE STATE OF ) | |
| DELAWARE, and THE OFFICE OF ) | |
| DISCIPLINARY COUNSEL FOR THE ) | |
| SUPREME COURT OF DELAWARE, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE AND
BRIEF THE DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

1. By this stipulated Motion, plaintiff and defendants move this Court for an enlargement of time in which to file and brief the defendants' motion to dismiss the Amended Complaint, filed January 30, 2006.

2. The Amended Complaint raises several new theories of liability that the briefing on the motion to dismiss will need to address. The complexity of these issues requires a greater period for briefing than the 10 days provided by Rule 15 of the Federal Rules of Civil Procedure.

3. The parties have agreed upon the following schedule:

**Defendants' motion to dismiss and opening brief due February 27, 2006.**

**Plaintiff's answering brief due March 27, 2006.**

**Defendants' reply brief due April 7, 2006.**

      4.      Therefore, the parties move for an Order in the form attached hereto granting this enlargement of time.

Dated: February 7, 2006

Respectfully submitted by:

| | |
|---|---|
| /s/ Joseph N. Gielata | /s/ Richard W. Hubbard |
| Joseph N. Gielata, Esq. (DSB# 4338) | Richard W. Hubbard (DSB# 2442) |
| Attorney at Law | Delaware Dept. of Justice |
| 501 Silverside Road, Suite 90 | 820 N. French St., 6th Floor |
| Wilmington, DE 19809 | Wilmington, DE 19801 |
| (302) 798-1096 | (302) 577-8308 |
| joe@gielatalaw.com | richard.hubbard@state.de.us |
| *Pro Se* | *Attorney for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOSEPH N. GIELATA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-567-GMS |
| ) | |
| **ANDREA L. ROCANELLI, individually and** ) | |
| **in her Official capacity as Chief Counsel of the** ) | |
| **Office of Disciplinary Counsel for the Supreme** ) | |
| **Court of Delaware; THE STATE OF** ) | |
| **DELAWARE, and THE OFFICE OF** ) | |
| **DISCIPLINARY COUNSEL FOR THE** ) | |
| **SUPREME COURT OF DELAWARE,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS, on February 7, 2006, the parties filed a joint motion requesting an enlargement of time in which to brief defendants' motion to dismiss the Amended Complaint filed January 30, 2006; and

WHEREAS, good cause for this enlargement appears to exist;

IT IS HEREBY ORDERED that:

1. **Defendants' motion to dismiss and opening brief shall be filed on or before February 27, 2006.**

2. **Plaintiff's answering brief shall be filed on or before March 27, 2006.**

3. **Defendants' reply brief shall be filed on or before April 7, 2006.**

Date: _____
United States District Judge