IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATTA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )   Civil Action No. 05-567-GMS |
| | ) |
| ANDREA L. ROCANELLI, AND | ) |
| OFFICE OF DISCIPLINARY COUNSEL | ) |
| FOR THE SUPREME COURT OF | ) |
| DELAWARE, | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANTS' SECOND MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and pursuant to principles of federalism and comity, the defendants hereby move this Honorable Court to dismiss all claims against them in the Amended Complaint.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Richard W. Hubbard
_____
Richard W. Hubbard, I.D. #2442
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8308
richard.hubbard@state.de.us

Dated: February 27, 2006

Attorney for Defendants

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on February 27, 2006, he caused the foregoing document to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Joseph N. Gielata, Esquire
501 Silverside Road, Ste. 90
Wilmington, DE 19809

**MANNER OF DELIVERY:**

x   One true copy by electronic delivery.

___One true copy by facsimile transmission to each recipient

___Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

/s/  Richard W. Hubbard
_____
Richard W. Hubbard, I.D. # 2442
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8308
richard.hubbard@state.de.us