


# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

New Castle County/Civil Division
(302) 577-8308

February 28, 2006

Ms. April Walker
Chambers of the Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

        Re:    Gielata v. Rocanelli, et al.
                C.A. No. 05-567-GMS

Dear Ms. Walker:

      Due to a software error, the Defendants' Opening Brief in Support of their Second Motion to Dismiss (D.I. 31) which was filed yesterday, has incorrect page numbers. Please accept a revised version of the Defendants' Opening Brief. Nothing has been substantively changed within the brief itself. The only changes have been to the page numbers, the Table of Contents and the Table of Citations.

      I apologize for the error.

                                      Very truly yours,

                                      /s/Richard W. Hubbard

                                      Richard W. Hubbard
                                      Deputy Attorney General

Cc: Joseph N. Gielata, Esquire