IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-567-GMS |
| | ) |
| ANDREA L. ROCANELLI, AND | ) |
| OFFICE OF DISCIPLINARY COUNSEL | ) |
| FOR THE SUPREME COURT OF | ) |
| DELAWARE, | ) |
| | ) |
| Defendants. | ) |

**APPENDIX TO DEFENDANTS' OPENING BRIEF
IN SUPPORT OF THEIR SECOND MOTION TO DISMISS**

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

Richard W. Hubbard (I.D. #2442)
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8308

Attorney for the Defendants

Date: February 27, 2006

## TABLE OF CONTENTS

|   | Tab |
|---|---|
| *Gielata v. Lugg,* C.A. No. 05-4099 (E.D.Pa. August 2, 2005) (order) | A |
| *Delaware Lawyers' Rules of Disciplinary Procedure,* Rule 16 | B |
| *In the Matter of a Member of the Bar: Joseph N. Gielata,* No. 51, 2004 (Transcript of pre-hearing conference on August 9, 2005) (filed under seal) | C |
| *Soliman v. Taylor,* 2005 WL 2429886 (D.Del.) | D |
| *Hamilton v. Messick,* 2005 WL 736684 (D.Del.) | E |
| *Hamilton v. Civigenics,* 2005 WL 418023 (D.Del.) | F |
| *Rules of the Supreme Court of the State of Delaware,* Rule 64 | G |
| *Alston v. Hudson, Jones, Jaywork, Williams and Liguori,* 1999 WL 743671 (Del. Super) | H |
| *Pawlek v. Nix,* 1996 WL 560360 (E.D. Pa.) | I |
| *Frankel v. The Disciplinary Board. of the Supreme Court of Pennsylvania,* 2005 WL 2994354 (E.D.Pa.) | J |
| *Cohn v. Bracy,* 28 F.3d 1213, 1994 WL 328302 (6th Cir.) | K |
| *Thompson v. Kramer,* 1994 WL 725953 (E.D.Pa.) | L |
| Rule 10, *Delaware Lawyers' Rules of Disciplinary Procedure* (2005) | M |
| *Pawlek v. Pennsylvania Board of Law Examiners,* 1995 WL 517646 (E.D.Pa.) | N |
| *Valentin v. Philadelphia Gas Works,* 2004 WL 690805 (E.D.Pa.) | O |
| *Miles v. City of Philadelphia,* 1999 WL 274979 (E.D.Pa.) | P |
| *Jacobs v. City of Philadelphia,* 2004 WL 241507 (E.D.Pa.) | Q |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on February 27, 2006, he caused the foregoing document to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Joseph N. Gielata, Esquire
501 Silverside Road, Ste. 90
Wilmington, DE 19809

**MANNER OF DELIVERY:**

x  One true copy by electronic delivery.

__One true copy by facsimile transmission to each recipient

__Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

/s/ Richard W. Hubbard

---

Richard W. Hubbard, I.D. # 2442