**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOSEPH N. GIELATA, <br><br>          Plaintiff, <br><br>    v. <br><br> ANDREA L. ROCANELLI, et al., <br><br>          Defendants. | Civil Action No. 05-567-GMS |

**STIPULATION AND PROPOSED SCHEDULING ORDER**

WHEREAS plaintiff and defendants have conferred and agreed to a reasonable

modification of the briefing schedule on defendants' motion to dismiss (D.I. 28);

IT IS HEREBY STIPULATED AND AGREED THAT:

1.     Plaintiff's answering brief shall be filed on or before April 3, 2006; and

2.     Defendants' reply brief shall be filed on or before April 21, 2006.

Dated: March 21, 2006

Respectfully submitted by:

| | |
|---|---|
| /s/ *Joseph N. Gielata* | /s/ *Richard Hubbard* |
| | |
| Joseph N. Gielata (# 4338) | Richard Hubbard, Esq. (# 2442) |
| Attorney at Law | Delaware Dept. of Justice |
| 501 Silverside Road, No. 90 | 820 N. French St., 6th Floor |
| Wilmington, Delaware 19809 | Carvel State Building |
| (302) 798-1096 | Wilmington, Delaware 19801 |
| | |
| *Pro Se* | *Attorney for Defendants* |

APPROVED AND SO ORDERED this _____ day of _____, 2006.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on March 21, 2006, I electronically filed the foregoing
STIPULATION AND PROPOSED SCHEDULING ORDER with the Clerk of Court using
CM/ECF which will send notification of such filing to:

Richard Hubbard, Esq.
Delaware Dept. of Justice
820 N. French St., 6th Floor
Carvel State Building
Wilmington, DE 19801

*Attorney for Defendants*

/s/ *Joseph N. Gielata*
Joseph N. Gielata
Attorney at Law
501 Silverside Road, Suite 90
Wilmington, Delaware 19809
(302) 798-1096
attorney@gielatalaw.com