# JOSEPH N. GIELATA
ATTORNEY AT LAW
501 SILVERSIDE ROAD NO. 90
WILMINGTON, DELAWARE 19809

Joe@gielatalaw.com
t 302 798 1096
f 302 397 0730

April 26, 2006

**VIA ECF**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re:    *Gielata v. Rocanelli, et al.*, **Civil Action No. 05-567 GMS**

Dear Judge Sleet:

    Defendants' motion to dismiss is fully briefed. Pursuant to Local Rule 7.1.4, the undersigned hereby requests oral argument.

                            Respectfully,

                            /s/ *Joseph N. Gielata* (# 4338)

cc:    Clerk of Court             (via ECF)
       Richard W. Hubbard, Esq.    (via ECF)