IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATA,<br><br>           Plaintiff,<br><br>    v.<br><br>ANDREA L. ROCANELLI, individually and in her official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE,<br><br>           Defendants. | Civil Action No. 05-567-GMS |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for this Court to reconsider its May 19 order (D.I. 38) dismissing the above-captioned action, it is hereby ORDERED as follows:

    1.    The Court's dismissal of damages claims in Counts I and V-X of the amended complaint (D.I. 25) on the basis of *Younger* abstention is hereby VACATED.

    2.    Accordingly, the Court's dismissal of Plaintiff's state law damages claims in Counts XI through XIII is likewise VACATED.

    3.    The damages claims in Counts I and V through XIII in the above-captioned action are hereby STAYED until the final disposition of the pending disciplinary and criminal proceedings against Plaintiff.

    4.    Plaintiff shall inform the Court within thirty (30) days of the final disposition of all such proceedings.

Dated: _____, 2006

                                                        HONORABLE GREGORY M. SLEET
                                                        UNITED STATES DISTRICT JUDGE