# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATA,           )<br>                              )<br>    **Plaintiff,**          )<br>                              )<br>    v.                        )     Civil Action No. 05-567-GMS<br>                              )<br>ANDREA L. ROCANELLI, AND      )<br>OFFICE OF DISCIPLINARY COUNSEL)<br>FOR THE SUPREME COURT OF      )<br>DELAWARE,                     )<br>                              )<br>    **Defendants.**         )| |

### AFFIDAVIT OF RICHARD HUBBARD

State of Delaware    )
                     )   SS.
County of New Castle )

Richard Hubbard, having been duly sworn, deposes and states as follows:

1. I am a member of the Delaware Bar in good standing and a Deputy Attorney General. I represent the defendants in the above-captioned action.

2. I have obtained from the Criminal Division of the Attorney General's Office a copy of a plea agreement dated May 9, 2006, wherein the plaintiff in the above-captioned action, Joseph N. Gielata, pled guilty to misdemeanor theft under a "Probation Before Judgment" arrangement. The attached plea agreement is a true, accurate and complete photocopy of the original, which is an official record of the Criminal Division of the Attorney General's Office.

3. Also attached to this affidavit is a computer print-out of the Delaware justice system, entitled "Case Summary," showing that the same Joseph N. Gielata pled guilty to Theft Under $1000, a lesser included offense, on May 9, 2006. This document is a true,

accurate and complete photocopy of the original electronic record.

_____
Richard Hubbard

ACKNOWLEDGED, SWORN TO AND SUBSCRIBED before me on this 13 day of June, 2006.

_____
Notary Public
Pursuant to 29 Del.C. § 4323(a)(3)

Aaron Goldstein
Bar I.D. # 3735

2

Superior Court of the State of Delaware, _New Castle_ County

# PLEA AGREEMENT

State of Delaware v. _Joseph N. Gielata_

Case No(s): _0506021946_  Cr.A.#s: _IN06030874 - 0879_

☐ Title 11 HAB. OFFENDER _____     ☐ BOOT CAMP ELIGIBLE     ☐ INELIGIBLE
☐ RULE 11(e)(1)(C) — If out of guideline, reason is as follows: _____
☐ Title 11, §4336, sex offender notification required     ☐ Title 11, §9019(e), forensic fine ☐ $100(F), ☐ $50(M)

**Defendant will plead guilty to:**

| Count | Cr.A.# | Charge [LIO if applicable] |
|---|---|---|
| I | IN06030874 | Theft (M. 11 Del C §841 <$1,000) |

Upon the sentencing of the defendant, a **nolle prosequi** is entered on ☐ the following charges/☑ all remaining charges on this indictment/_case numbers_.

Count   Cr.A#       Charge

**Sentence Recommendation/Agreement:**    ☐ PSI    ☑ Immediate Sentencing

_1 yr L5 suspended for L2, sentence is deferred for defendant's participation in probation before judgment pursuant to 11 Del C §4218. Conditions are set forth below._

**State and Defendant agree to the following:**
☐ Restitution: _____
☑ No _____ contact w/ _PayPal_
☑ Other Conditions:
• Defendant shall not seek any expungement for 5 years
• Defendant shall complete 300 hours of community service in a non-legal, non-financial capacity

DAG: _SEAN P. LUGG_     DEF. COUNSEL: _N/A - pro se_
    PRINT NAME                              PRINT NAME
    [signature]
                                         SIGNATURE
                      DEFENDANT: [signature]
Date: _5/9/2006_

XC: Attorney for Defendant, Defendant              Page    of
    Attorney General, Attorney General Worksheet

```
05/17/06                                                              12:35:35
 JAGRRWH                        Case Summary                          GC911AM1
Case # 0506021946_ Court S County N Status SA    AGE OF CASE: 287      1 More >
Defendant Name JOSEPH N GIELATA                Co.Ind    SBI 00554035  HIST.
 Arraignmen 08052005 Cont 03312006      Trial       03022006 Cont 06052006
 Case Revie 09062005 Cont 11212005      Sentence             Cont
Type Issued   Returned  Reason         Type Issued   Returned  Reason
 W   07262005 08032005


 Seq  CRIM ACT      Statute       \/       /\    CON/VOP    Filed    Disposition
 001  IN05071615W   110841000AFG THEFT $1000 OR>          07252005 03062006 NOLP
 002  IN05071616W   1105120001FG CONSP 2ND                07252005 03062006 NOLP
 003  IN06030874    110841000BMA THEFT < $1000            03062006 05092006 PGLI
 004  IN06030875    1105120001FG CONSP 2ND                03062006 05092006 NOLP
Docket - Motions etc. -        \/      /\           Outcome/Disp   Judge
 07252005 TRUEBL INDICTMENT, TRUE BILL FILED.NO 135
 07252005 AUTHEX AUTHORIZATION FOR EXTRADITION.
 07252005 R9WISS RULE 9 WARRANT ISSUED.
 07272005 SUMMLD SUMMONS MAILED FOR ARRAIGNMENT 08/05/05
 07272005 SUMMLD SUMMONS MAILED FOR ARRAIGNMENT 08/05/05
 08032005 R9W    RULE 9 WARRANT RETURNED, BAIL SET AT                 REYNOLDS
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      HELP  Retn  Sched Deft  Dspvc Disp  Bail  Dockt Wantd List   < >   menu
```

```
05/17/06                                                            12:37:12
JAGRRWH                        Case Summary                         GC911AM2
Case # 0506021946  Court S County N Status SA                       < 1 More
Defendant Name  JOSEPH N GIELATA                 Co.Ind      SBI 00554035




Cont                 To         Reason



           Date        Amount      %  Type
Bail


Conditions

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      HELP  Retn  Sched Deft  Dspvc Disp  Bail  Dockt Wantd List   < >  menu
```