# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREA L. ROCANELLI, individually and in her official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE,<br><br>　　　　　　Defendants. | Civil Action No. 05-567-GMS |

### PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW
### MOTION FOR RECONSIDERATION AND MOTION TO STRIKE

Plaintiff Joseph N. Gielata ("Plaintiff") respectfully submits this motion to withdraw Plaintiff's motion for reconsideration (D.I. 39) and the related motion to strike portions of defendants' opposition (D.I. 41).

Defendants' counsel has represented to Plaintiff that he will not oppose this motion.

WHEREFORE, Plaintiff respectfully requests the Court to grant the within motion.

A proposed order is attached hereto.

Dated: August 16, 2006

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Joseph N. Gielata*
　　　　　　　　　　　　　　　　　　　　　Joseph N. Gielata (#4338), *Pro Se*
　　　　　　　　　　　　　　　　　　　　　501 Silverside Road, No. 90
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19809
　　　　　　　　　　　　　　　　　　　　　(302) 798-1096

**CERTIFICATE OF SERVICE**

      I hereby certify that, on August 16, 2006, I electronically filed *Plaintiff's Unopposed Motion To Withdraw Motion For Reconsideration And Motion To Strike* with the Clerk of Court using CM/ECF which will send notification of such filing to:

>Richard Hubbard, Esq.
>Delaware Dept. of Justice
>820 N. French St., 6th Floor
>Carvel State Building
>Wilmington, DE 19801
>
>*Attorney for Defendants*

      /s/ *Joseph N. Gielata*
      Joseph N. Gielata