# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATA,<br><br>   Plaintiff,<br><br>  v.<br><br>ANDREA L. ROCANELLI, individually and in her official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE,<br><br>   Defendants. | Civil Action No. 05-567-GMS |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion To Withdraw Motion For Reconsideration And Motion To Strike, it is this _____ day of _____, 2006, hereby ORDERED that Plaintiff's Unopposed Motion To Withdraw Motion For Reconsideration (D.I. 39) And Motion To Strike (D.I. 41) be, and hereby is, GRANTED.

SO ORDERED

                 HONORABLE GREGORY M. SLEET
                 UNITED STATES DISTRICT JUDGE