IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH N. GIELATA,<br><br>   Plaintiff,<br><br>  v.<br><br>ANDREA L. ROCANELLI, individually and in her official capacity as Chief Counsel of the Office of Disciplinary Counsel for the Supreme Court of Delaware, and THE OFFICE OF DISCIPLINARY COUNSEL FOR THE SUPREME COURT OF DELAWARE,<br><br>   Defendants. | Civil Action No. 05-567-GMS |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion To Withdraw Motion For Reconsideration And Motion To Strike, it is this 16th day of August, 2006, hereby ORDERED that Plaintiff's Unopposed Motion To Withdraw Motion For Reconsideration (D.I. 39) And Motion To Strike (D.I. 41) be, and hereby is, GRANTED.

SO ORDERED

                _____
                HONORABLE GREGORY M. SLEET
                UNITED STATES DISTRICT JUDGE