**REVIEWED**
By Larisha Davis at 11:59 am, Jun 26, 2007

CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00567-GMS
#### Internal Use Only

| | |
|---|---|
| Gielata v. Rocanelli et al | Date Filed: 08/04/2005 |
| Assigned to: Honorable Gregory M. Sleet | Date Terminated: 05/19/2006 |
| Demand: $705,032,704 | Jury Demand: Plaintiff |
| Case in other court: USDC/ED/PA, 2:05-cv-04099-NS | Nature of Suit: 950 Constitutional - State Statute |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Joseph N. Gielata**　　　represented by　**Joseph N Gielata**
Joseph N. Gielata, Pro Se
501 Silverside Rd.
Suite 90
Wilmington, DE 19809
302-798-1096
Email: joe@gielatalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Andrea L. Rocanelli**　　　represented by　**Richard W. Hubbard**
*individually and in her official capacity as Chief*　　　Department of Justice
*Counsel of the Office of Disciplinary Counsel*　　　Civil Division
*for the Supreme Court of Delaware*　　　820 N. French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
Email: Richard.Hubbard@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Office of Disciplinary Counsel for the**　　　represented by　**Richard W. Hubbard**
**Supreme Court of Delaware**　　　(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2005 | 5 | Record of case transferred in from District of Pennsylvania (Eastern); Case Number in Other District: 2:05-cv-04099-NS. Copy of Docket Sheet and original file with documents numbered 1-5 attached. (Attachments: # 1 DI # 1# 2 Exhibit 1 -3 DI #1# 3 Civil Cover Sheet DI #1# 4 DI #2# 5 Exhibit A - C DI #2# 6 Text of Proposed Order DI #2# 7 DI #3# 8 DI #4# 9 DI #5)(mwm, ) (Entered: 08/04/2005) |
| 08/04/2005 |  | Order granting Motion To Transfer matter to U.S. District Court for the District of Delaware, signed by Norma L. Shapiro on 8/02/05 in U.S.D.C., Pennsylvania (Eastern) - DI # in other district: 3. (mwm, ) (Entered: 08/04/2005) |

| | | |
|---|---|---|
| | | Opening Brief due 2/27/2006. Plaintiff's Answering Brief due 3/27/2006. Defendant's Reply Brief due 4/7/2006. Signed by Judge Gregory M. Sleet on 2/7/06. (asw, ) (Entered: 02/07/2006) |
| 02/24/2006 | 29 | ORDER denying 6 Motion for TRO, denying 8 Motion for Reconsideration, denying as moot 11 Motion to Strike, denying 19 Motion to Dismiss, denying as moot 19 Motion to Dismiss for Lack of Subject Jurisdiction . Signed by Judge Gregory M. Sleet on 2/24/06. (asw ) (Entered: 02/24/2006) |
| 02/24/2006 | | (Court only) ***Set Paper Documents Flag (rbe, ) (Entered: 02/24/2006) |
| 02/27/2006 | 30 | Second MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Andrea L. Rocanelli, Office of Disciplinary Counsel for the Supreme Court of Delaware. (Hubbard, Richard) (Entered: 02/27/2006) |
| 02/27/2006 | 31 | Second OPENING BRIEF in Support re 30 Second MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Andrea L. Rocanelli, Office of Disciplinary Counsel for the Supreme Court of Delaware.Answering Brief/Response due date per Local Rules is 3/13/2006. (Hubbard, Richard) Additional attachment(s) added on 3/1/2006 (asw, ). (Entered: 02/27/2006) |
| 02/27/2006 | 32 | APPENDIX re 31 Opening Brief in Support, *of Motion to Dismiss* by Andrea L. Rocanelli, Office of Disciplinary Counsel for the Supreme Court of Delaware. (Attachments: # 1 Tabs A - G# 2 Tabs H - K# 3 Tabs L - N# 4 Tabs O - Q)(Hubbard, Richard) (Entered: 02/27/2006) |
| 03/01/2006 | | CORRECTING ENTRY: The main document attachment in D.I. 31, Second Opening Brief has been corrected. (asw ) (Entered: 03/01/2006) |
| 03/21/2006 | 33 | STIPULATION TO EXTEND TIME to file answering brief and reply brief in connection with defendants' motion to dismiss the amended complaint to 4/3/06 - filed by Joseph N. Gielata. (Gielata, Joseph) (Entered: 03/21/2006) |
| 03/21/2006 | | SO ORDERED, re 33 STIPULATION TO EXTEND TIME to file answering brief and reply brief in connection with defendants' motion to dismiss the amended complaint to 4/3/06 filed by Joseph N. Gielata. Reset Briefing Schedule: re30 Second MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter. Answering Brief due 4/3/2006. Reply Brief due 4/21/2006. Ordered by Judge Gregory M. Sleet on 3/21/06. (asw ) (Entered: 03/21/2006) |
| 04/03/2006 | 34 | ANSWERING BRIEF in Opposition re 30 Second MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Joseph N. Gielata.Reply Brief due date per Local Rules is 4/10/2006. (Gielata, Joseph) (Entered: 04/03/2006) |
| 04/03/2006 | 35 | Compendium of Unreported Decisions re 34 Answering Brief in Opposition, by Joseph N. Gielata. (Gielata, Joseph) (Entered: 04/03/2006) |
| 04/21/2006 | 36 | REPLY BRIEF re 30 Second MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Andrea L. Rocanelli, Office of Disciplinary Counsel for the Supreme Court of Delaware. (Attachments: # 1 Unreported Decisions)(Hubbard, Richard) (Entered: 04/21/2006) |
| 04/26/2006 | 37 | REQUEST for Oral Argument by Joseph N. Gielata re 30 Second MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter. (Gielata, Joseph) (Entered: 04/26/2006) |
| 05/19/2006 | 38 | ORDER granting 30 Motion to Dismiss, granting 30 Motion to Dismiss for Lack of Subject Jurisdiction . Signed by Judge Gregory M. Sleet on 5/19/06. (asw ) (Entered: 05/22/2006) |
| 05/19/2006 | | CASE CLOSED (asw ) (Entered: 05/22/2006) |