UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
　　CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801
(302) 573-6170

August 30, 2007

**Richard W. Hubbard**, ESQ.
Department of Justice
Email:Richard.Hubbard@state.de.us

　　　　RE: **Gielata v. Rocanelli et al**
　　　　　　Civ. No. **05-cv-00567-GMS**

Dear Counsel:

　　Pursuant to the Order entered on 8/17/2007 by the Honorable Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 32.

　　A copy of the signed acknowledgment has been attached for your records.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　Peter T. Dalleo, Clerk

　　　　　　　　　　　　　　　　　　By: _Evette Wals_

　　I hereby acknowledge receipt of the above mentioned documents on _____AUG 3 0 2007_____

　　　　　　　　　　　_Jennifer Mitchell_
　　　　　　　　　　　　Signature